**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Faye L. Irey, | ) | Case No. 23-22230-GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Docket No. |
| | ) | |
| Faye L. Irey, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

EQT Production Company
625 Liberty Avenue
Suite 1700
Pittsburgh, PA 15222

Hidden Valley Foundation Inc.
c/o Bernstein-Burkley PC
601 Grant St 9th Floor
Pittsburgh, PA 15219

Hidden Valley Foundation Inc.
1900 S Ridge Drive
Hidden Valley, PA 15502

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Midland Credit Management Inc.
PO Box 2037
Warren, MI 48090

Mon Lawn Care Inc.
c/o Randy C. Spaziani
81 Grant Road
Monongahela, PA 15063

PA Department of Revenue
Bureau of Individual Taxes
PO Box 280432
Harrisburg, PA 17128-0432

Pennsylvania American Water
P.O. Box 371412
Pittsburgh, PA 15250-7412

Pennsylvania American Water
P.O. Box 578
Alton, IL 62002-0578

Portfolio Recovery Associates
120 Corporate Boulevard, Suite 100
Norfolk, VA 23502-4962

Ringgold School District
c/o Portnoff Law Associates, LTD.
P.O. Box 3020
Norristown, PA 19404

Ringgold School District
c/o Portnoff Law Associates, LTD.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406

Verizon by American Infosource LP as Age
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

Date: September 19, 2023                    /s/ Kenneth Steidl_____
                                                                               Kenneth Steidl, Esquire
                                                                               Attorney for the Debtor(s)

                                                                               STEIDL & STEINBERG
                                                                               Suite 2830 – Gulf Tower
                                                                               707 Grant Street
                                                                               Pittsburgh, PA  15219
                                                                               (412) 391-8000
                                                                               ken.steidl@steidl-steinberg.com
                                                                               PA I.D. No.34965