IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Faye L. Irey, | ) | Case No. 23-22230-GLT |
| Debtor(s) | ) | Chapter 13 |
| | ) | Docket No. |
| | ) | |
| Faye L. Irey, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

129 Rosewood Dr.
Monongahela, PA 15063

New Address:

6 Linden Avenue
Monessen, PA 15062

Respectfully submitted,

November 3, 2023                    /s/ Kenneth Steidl_____
DATE                               Kenneth Steidl, Esquire
                                   Attorney for the Debtor(s)
                                   STEIDL & STEINBERG
                                   Suite 2830 – Gulf Tower
                                   707 Grant Street
                                   Pittsburgh, PA  15219
                                   (412) 391-8000
                                   ken.steidl@steidl-steinberg.com
                                   PA I.D. No. 34965