IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-22230 GLT |
| Faye L. Irey, ) | Chapter 13 |
| *Debtor* ) | Related Docket No. 17 |
| ) | |

## STATUS REPORT

AND NOW, comes the Debtor, Faye L. Irey, by and through her attorney Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. The Debtor has filed her completed schedules and Chapter 13 plan.
2. The Debtor made her first plan payment of $3,357.00 to the Chapter 13 Trustee on November 29, 2023.
3. The Debtor's Meeting of Creditors was held on December 4, 2023.
4. A proposed interim order confirming the Debtor's Chapter 13 was filed on December 5, 2023.
5. The Debtor's counsel was recently contacted by Gordon & Rees who represents EQT.
6. EQT is interested in purchasing the Debtor's oil & gas rights for 129 Rosewood Dr. Monongahela, PA 15063.
7. EQT is investigating and will soon present an offer to the Debtor.
8. The Debtor hopes that the potential offer may be significant enough to fund and complete her plan.

WHEREFORE, the Debtor, Faye L. Irey, respectfully files this Status Report.

Respectfully submitted,

December 6, 2023　　　　　　　　　　　　　/s/ Kenneth Steidl
DATE　　　　　　　　　　　　　　　　　Kenneth Steidl, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor
　　　　　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　　　　　Suite 2830 – Gulf Tower
　　　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　　　　　PA I. D. No.  34965
　　　　　　　　　　　　　　　　　　　　Ken.Steidl@steidl-steinberg.com