Case 23-22230-GLT    Doc 35    Filed 12/13/23    Entered 12/13/23 16:27:12    Desc Main
Document    Page 1 of 1
FILED
12/13/23 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22230-GLT |
| | : | Chapter: | 13 |
| Faye L. Irey | : | | |
| | : | | |
| | : | Date: | 12/13/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #4 - Status Conference Re: Expedited Motion to Impose Automatic Stay
     [Status Report due 12/6/2023]
   #33 - Status Report Filed

**APPEARANCES**:
   Debtor:   Abagale Steidl
   Trustee:   Owen Katz

**NOTES:**   [10:00]

Court: Status report from the Debtor indicates that rather than selling land, EQT is interested in purchasing mineral rights. Also concern with outstanding tax filings.

Steidl: Offer is to buy all oil and gas rights to the property for $100,000. Debtor plans to sell rights first, and depending on how much is still needed, sell the real estate. As to outstanding taxes, Debtor's grandson has stepped in to help her complete them. Expects to be complete within the next 30 days - before conciliation on January 25, 2024.

**OUTCOME:**

1) Status conference concluded.  On or before January 24, 2024, the Debtor shall submit proof that all required prepetition tax returns have been filed, and submit copies to the chapter 13 trustee.  For the reasons stated on the record, on or before January 24, 2024, the Debtor shall file a status report detailing any progress made on a sale of her oil and gas rights, and state whether there is a need to file a motion to appoint a broker to sell the real estate. The status report shall also detail the status of the Debtor's tax filings. [Text order].

**DATED:**  12/13/2023