IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
                                      )
Faye L. Irey,                         )    Case No. 23-22230 GLT
    Debtor(s)                    )    Chapter 13
                                      )    Docket No.
                                      )
                                      )
Faye L. Irey,                         )
    Movant(s)                     )
                                      )
vs.                                   )
                                      )
No Respondent(s)                      )
                                      )

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_   Voluntary Petition - *Specify reason for amendment*:

       Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_\_   Summary of Schedules
\_\_\_\_\_   Schedule A - Real Property
\_\_\_\_\_   Schedule B - Personal Property
\_\_\_\_\_   Schedule C - Property Claimed as Exempt
\_\_\_\_\_   Schedule D - Creditors holding Secured Claims
        Check one:
           \_\_\_\_\_   Creditor(s) added
           \_\_\_\_\_   NO creditor(s) added
           \_\_\_\_\_   Creditor(s) deleted
\_\_\_\_\_   Schedule E - Creditors Holding Unsecured Priority Claims
        Check one:
           \_\_\_\_\_   Creditor(s) added
           \_\_\_\_\_   NO creditor(s) added
             X      Creditor(s) deleted
        **Creditor deleted: Mon Lawn Care Inc.**
        **Mon Lawn Care Inc.**
        **c/o Randy C. Spaziani**
        **81 Grant Road**
        **Monongahela, PA 15063**
\_\_\_\_\_   Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
           \_\_\_\_\_   Creditor(s) added
           \_\_\_\_\_   NO creditor(s) added
           \_\_\_\_\_   Creditor(s) deleted
\_\_\_\_\_   Schedule G - Executory Contracts and Unexpired Leases

       Check one:
          _____ Creditor(s) added
          _____ NO creditor(s) added
          _____ Creditor(s) deleted

_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other  _____

                                              Respectfully submitted,

<u>January 19, 2024</u>                           <u>/s/ Kenneth Steidl_____</u>
DATE                                    Kenneth Steidl, Esquire
                                           Attorney for the Debtor(s)
                                           STEIDL & STEINBERG
                                           Suite 2830 – Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA  15219
                                           (412) 391-8000
                                           ken.steidl@steidl-steinberg.com
                                           PA I.D. No. 34965

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Faye L. Irey** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 23-22230 |

■ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|
| 2.1 | **Hidden Valley Foundation Inc.** | $5,818.67 | $250,000.00 | $0.00 |

Creditor's Name

**c/o Bernstein-Burkley PC
601 Grant St 9th Floor
Pittsburgh, PA 15219**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**129 Rosewood Dr. Monongahela, PA 15063  Washington County Market value determined by appraisal within the last 3 years.**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  16/2021    **Last 4 digits of account number**  2163

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 7

Debtor 1  **Faye L. Irey**
       First Name     Middle Name     Last Name

Case number (if known)  **23-22230**

---

**2.2** **Internal Revenue Service**
Creditor's Name

**PO Box 7346
Philadelphia, PA
19101-7346**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred**  **2014-2018**

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Federal Tax Lien**

**Last 4 digits of account number**  **8676**

$29,056.09    $0.00    $29,056.09

---

**2.3** **PA Department of Revenue**
Creditor's Name

**Bureau of Individual Taxes
PO Box 280432
Harrisburg, PA
17128-0432**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred**  **2015-2016**

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **State Tax Lien**

**Last 4 digits of account number**  **7811**

$11,253.15    $0.00    $11,253.15

---

**2.4** **PNC Bank**
Creditor's Name

**c/o Manley Deas & Kochalski LLC
Po Box 165028
Columbus, OH
43216-5028**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred**  **2004**

**Describe the property that secures the claim:**
**129 Rosewood Dr. Monongahela, PA 15063  Washington County  Market value determined by appraisal within the last 3 years.**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Mortgage**

**Last 4 digits of account number**  **6066**

$100,258.62    $250,000.00    $0.00

---

| Debtor 1 | Faye L. Irey | | Case number (if known) | 23-22230 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 2.5 | **Ringgold School District** | Describe the property that secures the claim: | $35,000.00 | $250,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**129 Rosewood Dr. Monongahela, PA 15063  Washington County Market value determined by appraisal within the last 3 years.**

**c/o Portnoff Law Associates, LTD.
P.O. Box 3020
Norristown, PA 19404**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Real estate taxes**

**Date debt was incurred** 2019-2022     **Last 4 digits of account number** 8200

| 2.6 | **Ringgold School District** | Describe the property that secures the claim: | $8,500.00 | $73,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**130 (CARROLL) VACANT AG LAND Monongahela, PA 15063 Washington County PARCEL NUMBER:130-006-00-00-0085-00 22 Acres.
Market value determined by tax assessment.  Debtor owns the mineral rights.**

**c/o Portnoff Law Associates, LTD.
P.O. Box 3020
Norristown, PA 19404**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Real estate taxes**

**Date debt was incurred** 2018-2022     **Last 4 digits of account number** 8500

Debtor 1  **Faye L. Irey**
        First Name   Middle Name   Last Name

Case number (if known)  23-22230

| 2.7 | **Ringgold School District** | Describe the property that secures the claim: | $7,628.80 | $49,600.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **130 (CARROLL) VACANT AG LAND Monongahela, PA 15063 Washington County PARCEL NUMBER:130-006-00-00-0083-02 14.172 ACRES Value determined by tax assessment. Debtor owns mineral rights.** | | | |

**c/o Portinoff Law Associates, LTD.
P.O. Box 3020
Norristown, PA 19404**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Real estate taxes**

Date debt was incurred  **2018-2022**    Last 4 digits of account number  **8302**

| 2.8 | **Ringgold School District** | Describe the property that secures the claim: | $3,580.00 | $36,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **440 (MONONGAHELA 3RD W) COMMERCIAL VACANT OR OBY ONLY Monongahela, PA 15063 Washington County 440-016-00-01-0001-00 1.287 Acres Market value determined by tax assessment.** | | | |

**c/o Portinoff Law Associates, LTD.
P.O. Box 3020
Norristown, PA 19404**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Real Estate Taxes**

Date debt was incurred  **2018-2022**    Last 4 digits of account number  **0100**

| Debtor 1 | **Faye L. Irey** | | Case number (if known) | **23-22230** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 2.9 | **Washington County Tax Claim Bureau** | Describe the property that secures the claim: | $6,706.47 | $250,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**129 Rosewood Dr. Monongahela, PA 15063  Washington County Market value determined by appraisal within the last 3 years.**

**100 West Beau Street
Washington, PA 15301**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Real estate taxes**

Date debt was incurred  **2015-2022**    Last 4 digits of account number  **8200**

| 2.10 | **Washington County Tax Claim Bureau** | Describe the property that secures the claim: | $1,786.60 | $73,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**130 (CARROLL) VACANT AG LAND Monongahela, PA 15063 Washington County
PARCEL NUMBER:130-006-00-00-0085-00
22 Acres.
Market value determined by tax assessment. Debtor owns the mineral rights.**

**100 West Beau Street
Washington, PA 15301**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Real estate taxes**

Date debt was incurred  **2018-2022**    Last 4 digits of account number  **8500**

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 7

Debtor 1  **Faye L. Irey**                                                      Case number (if known)  **23-22230**
First Name   Middle Name   Last Name

| 2.11 | **Washington County Tax Claim Bureau** | Describe the property that secures the claim: | $1,350.20 | $49,600.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**130 (CARROLL) VACANT AG LAND Monongahela, PA 15063 Washington County PARCEL NUMBER:130-006-00-00-0083-02 14.172 ACRES Value determined by tax assessment. Debtor owns mineral rights.**

**100 West Beau Street Washington, PA 15301**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Real estate taxes**

**Date debt was incurred  2018-2022**    **Last 4 digits of account number  8302**

| 2.12 | **Washington County Tax Claim Bureau** | Describe the property that secures the claim: | $2,334.61 | $36,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**440 (MONONGAHELA 3RD W) COMMERCIAL VACANT OR OBY ONLY Monongahela, PA 15063 Washington County 440-016-00-01-0001-00 1.287 Acres Market value determined by tax assessment.**

**100 West Beau Street Washington, PA 15301**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Real estate taxes**

**Date debt was incurred  2018-2022**    **Last 4 digits of account number  0100**

| Debtor 1 | **Faye** | **L.** | **Irey** | Case number (if known) | 23-22230 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.13 | **Washington County Tax Claim Bureau** | Describe the property that secures the claim: | $795.22 | $19,600.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

IREY INDUSTRIES INC.

**PARCEL NUMBER:130-006-10-03-0020-00
DISTRICT: 130 (CARROLL)
PROPERTY TYPE:   VACANT RESIDENTIAL LAND**

**Value determined by Tax Assessment
DESCRIPTION: LOT 39
Value $19,600.00
33%**

**100 West Beau Street
Washington, PA 15301**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Real Estate Taxes**

**Date debt was incurred** 2019-2022    **Last 4 digits of account number** 2000

| Add the dollar value of your entries in Column A on this page. Write that number here: | $214,068.43 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $214,068.43 |

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**Hidden Valley Foundation Inc.
1900 S Ridge Drive
Hidden Valley, PA 15502**

On which line in Part 1 did you enter the creditor?  **2.1**
Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code
**Ringgold School District
c/o Portnoff Law Associates, LTD.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406**

On which line in Part 1 did you enter the creditor?  **2.5**
Last 4 digits of account number ___