IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 23-22230 GLT |
| Faye L. Irey, | ) Chapter 13 |
| *Debtor* | ) Related Docket No. 36 |
| | ) |

## STATUS REPORT

AND NOW, comes the Debtor, Faye L. Irey, by and through her attorney Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. The Debtor filed her 2021 Tax Return on January 24, 2024.
2. The Debtor's counsel provided copies of the 2021 tax return to the Trustee.
3. EQT has presented an offer of $100,000.00 to purchase the oil & gas rights for 129 Rosewood Dr. Monongahela, PA 15063.
4. The Debtor has received interest from another potential buyer.
5. The potential buyer is interested in purchasing both the oil and gas rights and the Debtor's real estate.
6. The Debtor believes that the potential offer for the oil and gas rights and the real estate will be significantly higher than the current offer of EQT.
7. The Debtor anticipates the potential buyer will complete its valuation of the oil and gas rights and real estate within the next two weeks and make an offer.

WHEREFORE, the Debtor, Faye L. Irey, respectfully files this Status Report.

Respectfully submitted,

January 31, 2024
DATE

   /s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  34965
Ken.Steidl@steidl-steinberg.com