IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-22230 GLT |
| Faye L. Irey, ) | Chapter 13 |
| *Debtor* ) | Related Docket No.52 |
| ) | |

## STATUS REPORT

AND NOW, comes the Debtor, Faye L. Irey, by and through her attorney Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. On February 20, 2024, the Debtor's counsel, the Debtor's Power of Attorney, Counsel for EQT, Luke Sizemore and representatives met to discuss EQT proposed offer to acquire the oil and gas rights for 129 Rosewood Dr. Monongahela, PA 15063.
2. The Debtor's Power of Attorney verbally accepted the offer of $100,000.00 from EQT to acquire the oil and gas rights on February 20, 2024.
3. The Debtor's counsel is waiting for the counsel for EQT to present a formal sales agreement.
4. The Debtor's Power of Attorney has met a realtor to inquire about selling the Debtor's vacant lots listed on her Schedule A.
5. The Debtor filed her 2021 Tax Return on January 24, 2024.
6. A copy of the return was submitted to the Chapter 13 Trustee and counsel for the PA Department of Revenue and the insolvency department of the Internal Revenue Service.
7. The Internal Revenue Service and the PA Department of Revenue have both amended their proof of claims to reflect the 2021 tax return was filed.

WHEREFORE, the Debtor, Faye L. Irey, respectfully files this Status Report.

Respectfully submitted,

March 1, 2024            /s/ Kenneth Steidl
DATE                     Kenneth Steidl, Esquire
                         Attorney for the Debtor
                         STEIDL & STEINBERG
                         Suite 2830 – Gulf Tower
                         707 Grant Street
                         Pittsburgh, PA  15219
                         (412) 391-8000
                         PA I. D. No.  34965
                         Ken.Steidl@steidl-steinberg.com