FILED
5/2/24 12:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22230-GLT |
| | : | Chapter: | 13 |
| Faye L. Irey | : | | |
| | : | | |
| | : | Date: | 5/1/2024 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   #24 - Contested Confirmation of Plan Dated 11/2/2023 [NFC]
#30 - Objection filed by PA Dept of Revenue

[# 54 Conciliation hearing held. Contested Confirmation Hearing requested - Unresolved objections to plan. From 3/21/2024 conciliation conference. Case is contingent on sale(s) of oil and gas rights and/or other property. 5 months in and no brokers have been appointed and it does not appear case is moving forward]

**APPEARANCES:**
  Debtor:         Christopher Frye
  Trustee:        Ronda J. Winnecour
  PA Dept. Rev:   Allison Carr

**NOTES:**   [11:03]

Winnecour: If there will not a be a sale, need to increase monthly payment to $9,471. Does not think this increase is feasible.

Frye: Meeting occurred between POA, Ken Steidl, EQT, and Luke Sizemore. Issue is where proceeds from sale will go. EQT would like the mortgage paid. Offer to buy two of the properties from neighbor. $90,000 for [14] acres and $10,000 for other vacant lot. Also possible offer to purchase a 1974 Roadster and Oldsmobile. Also believes there are other properties that could be sold. All told, $201,000 from plan payments, $100,000 frim EQT, and $100,000 from other sales should be sufficient to cover projected plan base of $443,000.

Court: Seems odd that the EQT sale is taking so long to materialize. Will set deadline for sale of mineral rights to EQT. Also schedule conciliation.

**OUTCOME:**

1) For the reasons stated on the record, the Court shall issue an appropriate order. [Chambers to prepare].

**DATED:**  5/1/2024