FILED
5/2/24 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 23-22230-GLT |
| | : | |
| **FEY L. IREY**, | : | Chapter 13 |
| | : | |
| *Debtor.* | : | Related to Dkt. No. 24 |
| | : | |

## ORDER OF COURT

On May 1, 2023, the Court conducted a hearing in the above-captioned case. For the reasons stated on the record at the hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. On or before **May 10, 2024**, the Debtor shall schedule a conciliation conference for the chapter 13 plan dated November 2, 2023 [Dkt. No. 24] and file a notice of the date and time of the conciliation with the Court.

2. On or before **June 15, 2024**, the Debtor shall file a motion to approve the sale of her mineral rights to EQT or another buyer.

3. On or before **June 15, 2024**, the Debtor shall either: (a) file a motion to approve the sale of her 14-acre parcel of vacant land (as discussed on the record at the May 1, 2024 hearing), or (b) submit an application to employ a broker for the purpose of listing that parcel and marketing it for sale.

Dated: May 2, 2024

_____ cgr
**GREGORY L. TADDONIO**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Faye L. Irey  
    Debtor

Case No. 23-22230-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: May 02, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Faye L. Irey, 6 Linden Avenue, Monessen, PA 15062-1517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 04, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance acarr@attorneygeneral.gov |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| James R. Wood | on behalf of Creditor Ringgold School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Kenneth Steidl | on behalf of Debtor Faye L. Irey julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: May 02, 2024 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6