IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Faye L. Irey, | ) | Bankruptcy No. 23-22230 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Docket No. |
| | ) | |
| Faye L. Irey, | ) | |
|     Movant(s) | ) | Related to Document No. 61 |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Respondent(s) | | |

### CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on May 8, 2024, a true and correct copy of the *Order Approving Retention Of Realtor/Broker* was served by U. S. First Class Mail upon the following persons and parties:

**Full case mailing matrix by USPS**

| | |
|---|---|
| Date of Service: May 8, 2024 | /s/ Kenneth Steidl |
| | Kenneth Steidl, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG, P.C. |
| | 707 Grant Street |
| | Gulf Tower, Suite 2830 |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | ken.steidl@steidl-steinberg.com |
| | PA I.D. No.  34965 |

```
Label Matrix for local noticing          Commonwealth of Pennsylvania Department of R    Ringgold School District
0315-2                                   Dept. 280946                                    c/o Portnoff Law Associates, Ltd.
Case 23-22230-GLT                        P.O. Box 280946                                 P.O. Box 3020
WESTERN DISTRICT OF PENNSYLVANIA         ATTN:BANKRUPTCY DIVISION                        Norristown, PA 19404-3020
Pittsburgh                               Harrisburg, PA 17128-0946
Wed May  8 09:20:52 EDT 2024

2                                        American Express National Bank                  Bank of America, N.A.
U.S. Bankruptcy Court                    c/o Becket and Lee LLP                          PO Box 673033
5414 U.S. Steel Tower                    PO Box 3001                                     Dallas, TX 75267-3033
600 Grant Street                         Malvern  PA 19355-0701
Pittsburgh, PA 15219-2703


(p)JPMORGAN CHASE BANK  N A              Commonwealth of Pennsylvania                    EQT Production Company
BANKRUPTCY MAIL INTAKE TEAM              Bureau of Individual Taxes                      625 Liberty Avenue
700 KANSAS LANE FLOOR 01                 PO Box 280432                                   Suite 1700
MONROE LA 71203-4774                     Harrisburg, PA 17128-0432                       Pittsburgh, PA 15222-3114



Hidden Valley Foundation Inc.            Hidden Valley Foundation Inc.                   Internal Revenue Service
1900 S Ridge Drive                       c/o Bernstein-Burkley PC                        PO Box 7346
Hidden Valley, PA 15502-2308             601 Grant St 9th Floor                          Philadelphia, PA 19101-7346
                                         Pittsburgh, PA 15219-4430



KeyBank NA                               Midland Credit Management Inc.                  Mon Lawn Care Inc.
4910 Tiedeman Road                       PO box 2037                                     c/o Randy C. Spaziani
Brooklyn, OH 44144-2338                  Warren, MI 48090-2037                           81 Grant Road
                                                                                         Monongahela, PA 15063-3619


Office of the United States Trustee      PA Department of Revenue                        PNC Bank
1000 Liberty Avenue                      Bureau of Individual Taxes                      c/o Manley Deas & Kochalski LLC
Suite 1316                               PO Box 280432                                   Po Box 165028
Pittsburgh, PA 15222-4013                Harrisburg, PA 17128-0432                       Columbus, OH 43216-5028


(p)PNC BANK RETAIL LENDING               (p)PORTFOLIO RECOVERY ASSOCIATES LLC            Pennsylvania American Water
P O BOX 94982                            PO BOX 41067                                    P.O. Box 371412
CLEVELAND OH 44101-4982                  NORFOLK VA 23541-1067                           Pittsburgh, PA 15250-7412



Pennsylvania American Water              Pennsylvania Department of Revenue              Ringgold School District
P.O. Box 578                             Bankruptcy Division, PO Box 280946              c/o James R. Wood, Esquire
Alton, IL 62002-0578                     Harrisburg PA 17128-0946                        2700 Horizon Drive, Suite 100
                                                                                         King of Prussia, PA 19406-2726


Ringgold School District                 Ringgold School District                        Verizon
c/o Portinoff Law Associates, LTD.       c/o Portnoff Law Associates, LTD.               by American InfoSource as agent
P.O. Box 3020                            2700 Horizon Drive, Suite 100                   PO Box 4457
Norristown, PA 19404-3020                King of Prussia, PA 19406-2726                  Houston, TX  77210-4457


Verizon by American Infosource LP as Age Washington County Tax Claim Bureau              Washington County Tax Claim Office
4515 N. Santa Fe Avenue                  100 West Beau Street                            95 West Beau St. Ste 525
Oklahoma City, OK 73118-7901             Washington, PA 15301-4483                       Washington, PA 15301-6837
```

| | | |
|---|---|---|
| West Penn Power<br>1310 Fairmont Avenue<br>Fairmont, WV 26554-3526 | West Penn Power<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 | Dan Haeck<br>Coldwell Banker Realty<br>10 Old Clairton Road #7<br>Pittsburgh, PA 15236-3923 |
| Faye L. Irey<br>6 Linden Avenue<br>Monessen, PA 15062-1517 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | PNC Bank, National Association<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates<br>120 Corporate Boulevard, Suite 100<br>Norfolk, VA 23502-4962 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC BANK, NATIONAL ASSOCIATION | (d)Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | (d)Ringgold School District<br>c/o Portnoff Law Associates, LTD.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 |
| (d)Ringgold School District<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     4<br>Total                  39 | |