FILED
5/7/24 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Faye L. Irey, | ) | Case No. 23-22230 GLT |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | Related Docket No |
| | ) | |
| | ) | |
| Faye L. Irey, | ) | |
| *Movant(s)* | ) | |
| | ) | Related to Docket No. 55 |
| Vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| *Respondent(s)* | ) | |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW** upon consideration of the *Application to Employ Realtor to Sell Debtor's Real Property*, (the "Application") filed at Doc. 55, it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Application is hereby approved as of the date the Application was filed.

2. Dan Haeck and Coldwell Banker Realty ("Realtors") at 10 Old Clairton Road #7, Pittsburgh, PA 15236 is hereby appointed as *Realtor* for the Debtor(s) in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor(s) agent in connection with the sale of real estate located at 9th Street and Lincoln Street, Monongahela, PA 15063, Parcel No. 4400016000001000100. A realtor commission in the amount of $500.00 plus 6% percent of the sale price or $5,000.00, whichever is higher is tentatively approved, subject to final court order.

3. Professional personals or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

Date:_ May 7, 2024

Gregory L. Taddonio   drb
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

CC:
    Trustee
    Debtor
    Counsel for the Debtor
    Realtor/Broker
    Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22230-GLT |
| Faye L. Irey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 07, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Faye L. Irey, 6 Linden Avenue, Monessen, PA 15062-1517 |
| r | + | Dan Haeck, Coldwell Banker Realty, 10 Old Clairton Road #7, Pittsburgh, PA 15236-3923 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | |
| | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance acarr@attorneygeneral.gov |
| Denise Carlon | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| James R. Wood | |
| | on behalf of Creditor Ringgold School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Kenneth Steidl | |
| | on behalf of Debtor Faye L. Irey julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: May 07, 2024 | Form ID: pdf900 | Total Noticed: 2

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6