IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Faye L. Irey, | ) | Case No. 23-22230 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 58 |
| | ) | |
| | ) | |
| Faye L. Irey, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondent(s) | ) | |

## STATUS REPORT

AND NOW, come the Debtor, Faye L. Irey, by and through her attorney Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. EQT is offering to gratuitously satisfy the mortgage loan of PNC Bank encumbering the Debtor's residence located at 129 Rosewood Dr. Monongahela, PA 15063 to preserve the mineral rights. The Debtor's counsel is in the process of obtaining pay-off from PNC Bank to provide to counsel for EQT.

2. The Debtor has a buyer for the 14-acre parcel vacant. The buyer's counsel is in the process of preparing the sale documents to execute. The Debtor anticipates within the next 30-days that she will have a Motion to Approve the Sale Agreement filed.

WHEREFORE, the Debtor, Faye L. Irey, respectfully file this Report of Financing.

Respectfully submitted,

<u>June 18, 2024</u>  /s/ Kenneth Steidl
DATE  Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I. D. No. 34965