FILED
7/22/24 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 23-22230-GLT |
| | : | Related to Dkt. No. 58 |
| **FEY L. IREY**, | : | Chapter 13 |
| | : | |
| *Debtor*. | : | Hearing: August 19, 2024 at 11:00 AM |
| | : | Response: August 8, 2024 |

**ORDER TO SHOW CAUSE**

On May 1, 2024, the Court conducted a Contested Plan Confirmation Hearing Regarding the *Plan* dated 11/2/2023 [Dkt. No. 24]. Per the outcome of the hearing, the Court issued an *Order* dated May 2, 2024 [Dkt. No. 58] which required in part that: "On or before June 15, 2024, the Debtor shall file a Motion to Approve sale of her mineral rights to EQT or another buyer. On or before June 15, 2024, the Debtor shall either (a) file a motion to approve the sale of her 14-acre parcel of vacant land (as discussed on the record at the May 1, 2024 hearing) or (b) submit an application to employ a broker for the purpose of listing that parcel and marketing if for sale." On June 18, 2024, a *Status Report* [Dkt. No. 66] was filed indicating that EQT was interested in the mineral rights and that the Debtor had a buyer for the 14-acre parcel and anticipated filing a motion within 30 days. However, a review of the docket indicates that as of the date of this *Order*, the Debtor has not filed a motion or motions to sell nor a motion to employ broker to do so.

Based upon the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. A show cause hearing is scheduled for August 19, 2024 at 11:00 a.m. via P01Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh show cause why this case should not be dismissed or converted due to the Debtor's failure to comply with the May 2, 2024 *Order* [Dkt. No. 58].

2. Responses to this Order to Show Cause are due **August 8, 2024**. If no timely response is received, the Court may dismiss or convert this case without further notice or hearing.

Dated: July 22, 2024

GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Case administrator to serve:
Faye L. Irey
Kenneth Steidl, Esq.

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22230-GLT |
| Faye L. Irey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Faye L. Irey, 6 Linden Avenue, Monessen, PA 15062-1517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance acarr@attorneygeneral.gov |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| James R. Wood | on behalf of Creditor Ringgold School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Kenneth Steidl | on behalf of Debtor Faye L. Irey julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Hidden Valley Foundation Inc. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7