# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/19/24 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22230-GLT |
| | : | Chapter: | 13 |
| Faye L. Irey | : | | |
| | : | | |
| | : | Date: | 8/19/2024 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:** #68 - Order to Show Cause Why This Case Should Not be Dismissed Or Converted For Debtor's Failure to File On or before 6/15/2024 A motion to Approve the Sale of her mineral rights to EQT or another Buyer & Motion to Approve the sale of 14-acre parcel of vacant land or a Application to Employ a Broker for the purpose of listing the parcel and marketing it for sale per the Order Dated 5/2/2024 [Dkt. No. 58]

#71 - Response filed by the Debtor

**APPEARANCES**:
- Debtor: Christopher Frye
- Trustee: Owen Katz
- EQT: Amy Kerlin, Luke Liben

**NOTES:** [11:01]

Frye: Reached agreement with EQT.

Kerlin: EQT does seek to pay off $83,000 mortgage. Intends to preserve its interest in mineral and gas rights. No additional consideration for that. Need updated payoff statement, but otherwise ready to make the payment.

Court: Must file stipulation with the Court detailing terms of agreement and the fact that this is "no strings attached." No payback, no lien, no offset on royalties, or other restitution.

Katz: Want to check that this does not affect Debtor's ability to sell surface rights? Also agrees that something needs to be filed to evidence the agreement.

Kerlin: Surface rights separate. Does not affect Debtor's right to sell.

Frye: Has also reached sale agreement on two properties of the Debtor's. Wanted to wait until after this hearing to file sale motions. Should have valuations of the property by end of the week.

**OUTCOME:**

1) For the reasons stated on the record, the *Order to Show Cause* [Dkt. No. 68] is continued to October 30, 2024 at 11 a.m. If, before October 9, 2024, the Debtor has shown substantial compliance by making substantial progress towards plan funding, the Court may consider vacating the Order without further hearing. [Text order].

2) For the reasons stated on the record, the parties are directed to take certain actions. [Chambers to prepare].

**DATED:** 8/19/2024