FILED
8/19/24 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 23-22230-GLT |
| | : | |
| **FAYE L. IREY**, | : | Chapter 13 |
| | : | |
| *Debtor*. | : | Related to Dkt. Nos. 58, 68 |
| | : | |

## ORDER OF COURT

On August 19, 2024, the Court conducted a hearing on its *Order to Show Cause* [Dkt. No. 68] to address the Debtor's failure to comply with its *Order* dated May 2, 2024 [Dkt. No. 58]. During the hearing, the Debtor showed evidence of progress, and disclosed that an agreement had been reached with EQT regarding the satisfaction of a mortgage on the Debtor's real property. The Court found it appropriate to continue the hearing on the *Order to Show Cause* [Dkt. No. 68] and further require that certain actions be taken in the meantime. Based on the foregoing, and for the reasons stated on the record, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Pending further Court order, the chapter 13 trustee shall suspend distributions to PNC Bank on account of Claim No. 14. as it appears the claim will be paid in full within the next thirty (30) days.

2. On or before **August 30, 2024**, the Debtor shall file sale motions related to the sale of the real property discussed in her August 8, 2024 *Response to Order to Show Cause* [Dkt. No. 71]. After any sale motions are approved, and **within fourteen (14) days of any closing**, the Debtor shall file an amended chapter 13 plan.

3. On or before **August 30, 2024**, the Debtor shall file a stipulation with EQT (under certification of counsel), detailing the terms of their agreement. The stipulation shall

include, but is not limited to, details of the loan payoff and the absence of any other agreement or contingencies. The Debtor shall separately identify any estimated tax implications arising from the mortgage payoff, and how such obligations will impact future plan funding.

    4. On or before **September 13, 2024**, the Debtor shall file a report of satisfaction of the PNC Bank loan attributable to EQT's loan payoff.

    5. On or before **September 13, 2024**, the Debtor shall file a status report signed by Dan Haeck, the Court appointed broker, detailing the marketing and sale efforts of the real property located at 9th Steet, Monongahela, PA, Parcel No. 4400016000010000100. The report shall include: (i) the initial listing price for the property; (ii) whether the listing price has changed, and if so, the current listing price; (iii) detail regarding the number of showings and inquiries involving the property; (iv) any offers that were received (including the amount offered, the date the offer was made, any contingencies in the offer(s), and all other relevant offer information); (v) the plan for marketing the property going forward; and (vi) the estimated timeframe for a sale of the property to close.

    6. On or before **October 9, 2024**, the Debtor shall file a status report detailing whether additional real property or assets have been selected for sale or liquidation to complete the funding of her chapter 13 plan. The report shall also include a timetable for the marketing and sale of such assets.

7.  The hearing on the *Order to Show Cause* [Dkt. No. 68] is continued to **October 30, 2024**, at **11 a.m.** in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219.

Dated: August 19, 2024

_____
**GREGORY L. TADDONIO**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

<u>BNC to mail to:</u>
Debtor
Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22230-GLT |
| Faye L. Irey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Faye L. Irey, 6 Linden Avenue, Monessen, PA 15062-1517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance acarr@attorneygeneral.gov |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| James R. Wood | on behalf of Creditor Ringgold School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Kenneth Steidl | on behalf of Debtor Faye L. Irey julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Hidden Valley Foundation  Inc. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 19, 2024 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7