IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Faye L. Irey, | ) | Case No. 23-22230 GLT |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | Docket No |

## NOTICE OF CHANGE OF ADDRESS

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

6 Linden Avenue
Monessen, PA 15062

New Address:
C/o Melanie Sandrock, POA
1637 Princess Lane
Pittsburgh, PA 15236

                                                Respectfully submitted,

August 29, 2024                    /s/ Christopher M. Frye
DATE                                    Christopher M. Frye, Esquire
                                              Attorney for the Debtor(s)
                                              STEIDL & STEINBERG
                                              Suite 2830 – Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA  15219
                                              (412) 391-8000
                                              chris.frye@steidl-steinberg.com
                                              PA I.D. No. 208402