IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-22230 GLT |
| Faye L. Irey, ) | Chapter 13 |
| ) | Docket No. |
| Debtor ) | |
| ) | |
| ) | |
| Faye L. Irey, ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondents ) | |

**STATUS REPORT OF BROKER**

AND NOW, comes Faye L. Irey, Debtor, by and through counsel, Christopher M. Frye and Steidl and Steinberg, P.C., and respectfully represents as follows:

1. This case was commenced on October 20, 2023 when the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. The Court issued an Order at Docket No. 73 that requires Debtor's counsel to file a status report signed by Dan Haeck, court appointed broker, with respect to the marketing and sale efforts of real estate located at 9th Street, Monongahela, PA, Parcel No. 440001600001000100.

3. Dan Haeck, court appointed broker, is the source of the following information:

    a) The initial list price of the property was $89,900.00 and that list price has not changed.

    b) There have been multiple views of the property thru the West Penn MLS. The system does not provide any contact information for the views. I have received 2 serious calls regarding the property. The first was from an agent asking if the property could be rezoned for commercial use. She was redirected to Monongahela zoning. The second was from a buyer interested in purchasing the property for single family home. Most recently, I received a call on September 11, 2024 from a City of Monongahela Counsel member informing me that the City may have interest in purchasing the property. They have an upcoming council meeting and will follow up with me pending the council's decision

c) No formal offers have been received to date.

d) The property will continue to be marketed thru the West Penn MLS and through our social media platforms as initially established.

e) It is impossible to determine the time frame for sale at this time.

f) One other note regarding the marketing and sale efforts is as follows. An interested buyer made contact who was interested in the property. Melanie Sandrock (POA), on behalf of the owner signed an agreement with People's Gas to permit Peoples Gas to use the property for staging of equipment while they complete a project in the area. I was unaware that the agreement had been signed until I spoke with Melanie about the interested buyer. Melanie was supposed to reach out to People's to see if she would be able to terminate the lease, as my understanding is that their work has been completed. Melanie is still attempting to get a response from People's gas on the status of the lease. From a sales perspective, we could move forward with a sale under the current lease conditions as long as the buyer understands and agrees that they could not take possession of the property until either a lease termination is received from People's Gas or the expiration of the lease (March 2025). I have confirmed that the equipment has now been removed and I will follow up with the interested party.

WHEREFORE, the Debtor, Faye Irey, files this Status Report.

Respectfully submitted,

September 12, 2024    /s/ Christopher M. Frye
DATE                  Christopher M. Frye, Esquire
                      Attorney for the Debtor
                      STEIDL & STEINBERG, P.C.
                      Suite 2830 – Gulf Tower
                      707 Grant Street
                      Pittsburgh, PA  15219
                      (412) 391-8000
                      PA I. D. No.  208402
                      chris.frye@steidl-steinberg.com

ATTESTED TO BY:

September 12, 2024    /s/ Dan Haeck_____
DATE                  Dan Haeck, agent
                      Coldwell Baker Realty