IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Faye L. Irey , | ) | Bankruptcy No. 23-22230 GLT |
| | ) | Chapter 13 |
| Debtor | ) | Related to Document No(s). 76-77 |
| | ) | |
| Faye L. Irey , | ) | Hearing Date and Time: |
| | ) | October 9, 2024 at 1:30 p.m. |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Philip M. Ripepi, Washington County Tax Claim Office,  Ringold School District, Internal Revenue Service, PA Department of Revenue, Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| | | |
| Respondent(s) | | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS filed on August 29, 2024 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS appears thereon. Pursuant to the Notice of Hearing, objections for MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS were to be filed and served no later than September 16, 2024.

It is hereby respectfully requested that the Order attached to the MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS be entered by the Court.

Respectfully submitted,

September 17, 2024         /s/Kenneth Steidl
Date:                                  Kenneth Steidl, Esquire
                                            Attorney for the Debtor
                                            STEIDL & STEINBERG
                                            2830 Gulf Tower
                                            707 Grant Street

Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  34965
ken.steidl@steidl-steinberg.com