**Observer-Reporter**

122 S. Main Street
Washington, PA 15301
Phone: 724-222-2200   Fax 724-223-2639

Proof Date: 09-16-24
Ad Number: 18565

**PUBLIC NOTICE ADVERTISING AFFIDAVIT**

IREY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: FAYE L. IREY
BANKRUPTCY NUMBER: 23-22230 GLT

NOTICE OF SALE TO CREDITORS AND OTHER
PARTIES IN INTEREST

Notice is hereby given that Christopher M. Frye, Attorney for the Debtor, has filed a Motion to Sell Real Property Free and Clear of all Liens, Judgments and Encumbrances.

The Debtor, Faye L. Irey, have received an offer of $10,000.00 for the Debtor real property being known as Van Voorhis Lane, Carroll Township, PA 15063 known as Parcel No. 130-006-00-00-00-0083-02 in Washington County free and clear of all liens and encumbrances.

A hearing will be held in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on October 9, 2024 at 1:30 PM for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the Debtor's attorney, Christopher M. Frye, Esquire, Steidl and Steinberg, Suite 2830 - Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, (412) 391-8000.

9-16