# WASHINGTON COUNTY REPORTS
## Washington, Pennsylvania

PUBLISHED BY THE
WASHINGTON COUNTY BAR ASSOCIATION

# PROOF OF PUBLICATION

COMMONWEALTH OF PENNSYLVANIA } SS.
COUNTY OF WASHINGTON }

Before me, the undersigned notary public, this day, personally appeared **FRANK ARCURI**, who being duly sworn according to law, deposes and states the following:

I am the Editor of the *Washington County Reports*, the duly designated legal newspaper for Washington County, Pennsylvania, which legal newspaper was established March 31, 1920, and published since January 1, 1958, by the Washington County Bar Association, 119 South College Street, Washington, Washington County, Pennsylvania 15301; and a copy of the printed notice of publication as attached hereto is exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

September 19, 2024

That affiant further states that he/she is the designated agent of the Washington County Bar Association, the owner of said legal newspaper, that he/she is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

*Signature of Affiant / Editor*

Sworn to and subscribed before me

on this 19th day of September, 2024.

*Signature of Notary Public*
MY COMMISSION EXPIRES

Commonwealth of Pennsylvania - Notary Seal
Jodie Lynn Korpus, Notary Public
Washington County
My commission expires February 14, 2027
Commission number 1343398
Member, Pennsylvania Association of Notaries

# COPY OF NOTICE

IN THE UNITED STATES
BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

**IN RE: FAYE L. IREY**

**BANKRUPTCY NUMBER:**

**23-22230 GLT**

## NOTICE OF SALE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that Christopher M. Frye, Attorney for the Debtor, has filed a Motion to Sell Real Property Free and Clear of all Liens, Judgments and Encumbrances.

The Debtor, Faye L. Irey, have received an offer of $10,000.00 for the Debtor real property being known as Van Voorhis Lane, Carroll Township, PA 15063 known as Parcel No. 130-006-00-00-00-0083-02 in Washington County free and clear of all liens and encumbrances.

A hearing will be held in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on October 9, 2024 at 1:30 PM for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the Debtor's attorney, Christopher M. Frye, Esquire, Steidl and Steinberg, Suite 2830 – Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, (412) 391-8000.

WCR Vol 105 Issue 10

OWNED AND OPERATED BY THE WASHINGTON COUNTY BAR ASSOCIATION

# WASHINGTON COUNTY REPORTS

THE OFFICIAL LEGAL PUBLICATION FOR WASHINGTON COUNTY
119 South College Street, Washington, PA 15301
Phone: 724-225-6710, Fax: 724-225-8345
wcba@washcobar.org

Shawnie Kessler, Legal Assistant
Steidl & Steinberg PC
707 Grant Street, Suite 2830
Pittsburgh, PA 15219

**RECEIPT**                                                                                           **September 9, 2024**

Publication of Legal Notice, Date Notice Received: 8/30/2024:

**Faye L. Irey** ............................................................................................................. $ 178.75

**Paid by check #40850**

**9/9/2024**

*All published legal notices posted at no additional charge at www.palegalads.org*