Case 23-22230-GLT    Doc 90    Filed 10/10/24    Entered 10/10/24 15:47:13    Desc Main
Document    Page 1 of 1

FILED
10/10/24 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22230-GLT |
| | : | Chapter: | 13 |
| Faye L. Irey | : | | |
| | : | | |
| | : | Date: | 10/9/2024 |
| *Debtor(s).* | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER:**   #76 - Motion to Sell Property Free and Clear of Liens under Section 363(f). Re: Van Voorhis Lane known as Parcel No. 130-006-00-00-00-0083-02
    #86 - Certificate of No Objection
    #88 - Proof of Publication In Washington Observer-Reporter
    #89 - Proof of Publication In Washington County Reports

**APPEARANCES**:
  Debtor:    Christopher M. Frye
  Buyer    Philip Ripepi
  Trustee:    Own Katz
  PA Rev    Allison Carr

[2:14]
**NOTES:**
Frye: The heart of the case is that the debtors 19 acre tract is listed as $49,000 on the debtor schedules. Counsel for the buyer offered to do appraisals for the properties. This was done weeks ago. This morning I received the appraisals. The 19 acre tract of land was valued at $90,000. The 19 acre tract of land is wooded hillside that is best used for hunting. The second property was appraised at $135,000. The scheduled value was $70,000. I am seeking an additional 30 days time to investigate the jump in property values.

Trustee: I have no objection to having this matter continued so the value can be investigated. There is another property that has not yet been listed for sale that has substantial value. A 100% distribution is required, so the more the debtor gets from these properties, the better.

Ripepi:The property has about 1.5 acres that is actually flat and the other property has two gas lines, a retention pond, a gas well head on it plus a right of way that bifurcates the property.

Court: It does not give the court a lot of confidence that this is a fully vetted price. In addition, these properties are exposed to higher and better offers.

**OUTCOME:**
1. The *Motion to Sell Property Free and Clear of All Mortgages, Liens, and Encumbrances* is [ Dkt. No. 76] is **CONTINUED** to October 30, 2024, at 11 a.m. [ Text order ]

2. The *Amended Complaint to Sell Real Estate Free and Clear of Liens* [ Dkt. No. 3] is **CONTINUED** to October 30, 2024, at 11 a.m. [Text order in Adv. No. 24-2056].

3. The debtor shall file a status report with the Court by no later than 4 p.m. on October 28, 2024, detailing her efforts to liquidate the two properties as well as any additional assets to fund her chapter 13 plan. The October 9, 2024 deadline to submit a status report ( per the Order dated August 19, 2024 [Dkt. No. 73]) is superseded by the terms of this Order. [ Text order ].

**DATED:** 10/9/2024