FILED
10/31/24 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22230-GLT |
| | : | Chapter: | 13 |
| Faye L. Irey | : | | |
| | : | | |
| | : | Date: | 10/30/2024 |
| _Debtor(s)._ | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**        # 68 - Con't Order to Show Cause Why This Case Should Not
be Dismissed Or Converted For Debtor's Failure to File
On or before 6/15/2024 A motion to Approve the
Sale of her mineral rights to EQT or another Buyer
& Motion to Approve the sale of 14-acre parcel of
vacant land or a Application to Employ a Broker
for the purpose of listing the parcel and marketing it
for sale per the Order Dated 5/2/2024
#71 - Response filed by Debtor
#85 - Status Report of Broker

#76 - Continued Motion to Sell Property Free and Clear of Liens
under Section 363(f). Re: Van Voorhis Lane known as
Parcel No. 130-006-00-00-00-0083-02
#86 - Certificate of No Objection
#92 - Status Report

[The Debtor shall file a status report with the Court by no later
than 4 p.m. on October 28, 2024, detailing her efforts to
liquidate the two properties as well as any additional assets to
fund her chapter 13 plan]

**APPEARANCES**:

| | |
|---|---|
| Debtor: | Kenneth Steidl |
| Trustee: | Owen Katz |
| PA-Rev | Allison Carr |

[11:32]
**NOTES:**
Frye: What I found was that the buyer contacted another appraiser, getting two other appraisals. What I did was contact an appraiser I usually deal with. I used the number he gave me and I put those numbers in the status report. The buyer got different appraisals. For the larger parcel the appraisal price was $ 85,000. The smaller parcel was appraised at $ 30,000. These number are similar to what my appraiser said. I asked the buyers attorney what the problem was.  He mentioned that the first appraiser was bringing in comps from Allegheny County into a Washington County sale of acreage.  While the new ones do not. Based on  two different opinions the $ 90,000K offer is a winner. Buyers  attorney was to seek a higher offer on the other parcel. Based on the additional valuation I am prepared to ask  the court to confirm the sale .  I also asked that the sale of the smaller parcel be continued for a time to seek a higher offer.

**OUTCOME:**

1. On or before November 13, 2024  Dan Haeck , the Court approved broker for the Debtors real property located at the corner of  9th Street and Lincoln in Monongahela, Pennsylvania  shall provide a supplemental status report.[ Chambers to issue]

2. The Debtor's _Amended Complaint to Sell Real Estate Free and Clear of Liens_  [Dkt. No. 3]  is **GRANTED**, subject to the submission of a modified sale order on or before November 13,2024. [ Text order in  24-02056-GLT]

3. On or before November 29, 2024, the Debtor shall either file an amended schedule A/B or a recorded listing of her interest in all real and personal property. Among other things, the listings shall reconcile discrepancies in the descriptions of her interest in real property and shall clarify the nature and extent of her interest in any land titled to Irey Industries. [Text order]

4. The *Motion to Approve Fees and Costs of Trustee* [Dkt. No. 76] is **CONTINUED** to a hearing on December 4, 2024 at 11am.[ Text order]

5. The *Order to Show Cause* [Dkt. No. 68] dated June 15, 2024 is **VACATED** for the reasons stated on the record at the October 30, 2024 hearing.[ Text order]

**DATED:** 10/30/2024