Case 23-22230-GLT    Doc 97    Filed 11/03/24    Entered 11/03/24 23:31:31    Desc Imaged
                    Certificate of Notice    Page 1 of 3

FILED
11/1/24 8:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 23-22230-GLT |
| | : | |
| **FAYE L. IREY**, | : | Chapter 13 |
| | : | |
| *Debtor*. | : | Related to Dkt. No.85 |
| | : | |

## ORDER REQUIRING
## DEBTOR TO FILE A STATUS REPORT

On May 7, 2024, the Court approved the appointment of Dan Haeck to market and sell the Debtor's real property located at the corner of 9th and Lincoln Streets in Monongahela, Pennsylvania. As of this date, no sale offer has been presented to the Court. Accordingly, the Court requires an update from the broker as to his progress in procuring an acceptable bid for the property.

On or before November 13, 2024, the Debtor shall file a Supplemental Status Report signed by Dan Haeck the Court-appointed real estate broker, which identifies the following with specificity: (i) the initial listing price for the Property; (ii) the current listing price for the Property; (iii) an explanation as to why the listing price has or has not been changed; (iv) any offers that were received (including the amount offered, the date the offer was made, any contingencies in the offer, and all other relevant offer information); (v) the plan for marketing the Property going forward; and (vi) the estimated timeframe for a sale of the Property to close.

Dated: October 31, 2024

_____aek
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22230-GLT |
| Faye L. Irey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Faye L. Irey, C/o Melanie Sandrock, POA, 1637 Princess Lane, Pittsburgh, PA 15236-3637 |
| r | + | Dan Haeck, Coldwell Banker Realty, 10 Old Clairton Road #7, Pittsburgh, PA 15236-3923 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 03, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Defendant PA Department of Revenue acarr@attorneygeneral.gov |
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance acarr@attorneygeneral.gov |
| Christopher M. Frye | on behalf of Plaintiff Faye L. Irey chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Faye L. Irey chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 2

Denise Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

James R. Wood
    on behalf of Creditor Ringgold School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Kenneth Steidl
    on behalf of Debtor Faye L. Irey julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Hidden Valley Foundation  Inc. kebeck@bernsteinlaw.com,
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 10