IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-22230 GLT |
| Faye L. Irey, ) | Chapter 13 |
| ) | Related to Docket No. 96 |
| Debtor ) | |
| ) | |
| ) | |
| Faye L. Irey, ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondents ) | |

## STATUS REPORT OF BROKER

AND NOW, comes Faye L. Irey, Debtor, by and through counsel, Christopher M. Frye and Steidl and Steinberg, P.C., and respectfully represents as follows:

1. This case was commenced on October 20, 2023 when the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. The Court issued an Order at Docket No. 96 that requires Debtor's counsel to file a status report signed by Dan Haeck, court appointed broker, with respect to the marketing and sale efforts of real estate located at 9th Street, Monongahela, PA, Parcel No. 440001600001000100.

3. Dan Haeck, court appointed broker, is the source of the following information:

    a) The initial list price of the property was $89,900.00.

    b) The current list price for the property is $84,900.00.

    c) The list price has been reduced by $5,000.00 since the initial listing. The current strategy is to reduce by $5,000.00 each month until an offer is made or until there is a reasonable stopping point.

    d) There have been multiple views and inquiries regarding the property thru the West Penn MLS. However, none of those inquiries materialized into an offer. I received a call on September 11, 2024 from a City of Monongahela Counsel member informing me that the City may have interest in purchasing the property. After following up

    multiple times, there has been no further interest from the city. No formal offers have been received to date.

e) The property will continue to be marketed thru the West Penn MLS and through our social media platforms as initially established with a $5,000.00 reduction in list price every thirty days.

f) It is impossible to determine the time frame for sale at this time. However, hopefully the planned systematic reductions in list price will draw more interest in the property.

    WHEREFORE, the Debtor, Faye Irey, files this Status Report on behalf of the court approved realtor.

                                                  Respectfully submitted,

November 13, 2024           /s/ Christopher M. Frye
DATE                                 Christopher M. Frye, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG, P.C.
                                        Suite 2830 – Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 391-8000
                                        PA I. D. No.  208402
                                        chris.frye@steidl-steinberg.com

ATTESTED TO BY:

November 13, 2024           /s/ Dan Haeck
DATE                                 Dan Haeck, agent
                                          Coldwell Baker Realty