**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 23-22230-GLT |
| | : | Related to Dkt. No. 94 |
| Faye L. Irey | : | Chapter 13 |
| | : | |
| *Debtor*. | : | Hearing:  December 11, 2024 at 11:00 AM |
| | : | Response: December 9, 2024 |

**ORDER TO SHOW CAUSE**

On October 30, 2024, the Court conducted a Continued Hearing on the Order to Show Cause [Dkt. No. 68] dated June 15, 2024 and the Response by Debtor [Dkt. No. 71]. Per the outcome of the hearing, the Court issued an *Order* dated October 31, 2024 [Dkt. No. 94] which required in part that: " The Debtor shall either file an amended schedule A/B or a recorded listing of her interest in all real and personal property. Among other things, the listings shall reconcile discrepancies in the descriptions of her interest in real property and shall clarify the nature and extent of her interest in any land titled to Irey Industries." A review of the docket indicates that as of the date of this *Order*, the Debtor has not filed an amended schedule A/B or a recorded listing of her interest in all real and personal property.

Based upon the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.      A show cause hearing is scheduled for December 11, 2024 at 11:00 a.m. via P01Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh to show cause why this case should not be dismissed or converted due to the Debtor's failure to comply with the October 30. 2024 *Order* [Dkt. No. 94].

2.      Responses to this Order to Show Cause are due **December 9, 2024**. If no

timely response is received, the Court may dismiss or convert this case without further notice or

hearing.

Dated: December 2, 2024

GREGORY L. TADDONIO, CHIEF JUDGE

UNITED STATES BANKRUPTCY COURT

<u>Case administrator to serve</u>:
Faye L. Irey
Kenneth Steidl, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

| In re: | | Case No. 23-22230-GLT |
|---|---|---|
| Faye L. Irey | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 02, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Faye L. Irey, C/o Melanie Sandrock, POA, 1637 Princess Lane, Pittsburgh, PA 15236-3637 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Defendant PA Department of Revenue acarr@attorneygeneral.gov |
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance acarr@attorneygeneral.gov |
| Christopher M. Frye | on behalf of Plaintiff Faye L. Irey chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Faye L. Irey chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | |

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

James R. Wood
                        on behalf of Creditor Ringgold School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Kenneth Steidl
                        on behalf of Debtor Faye L. Irey julie.steidl@steidl-steinberg.com
                        ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
                        eidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
                        on behalf of Creditor Hidden Valley Foundation  Inc. kebeck@bernsteinlaw.com,
                        btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 10