IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Faye L. Irey, | ) | Case No.  23-22230 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 94 and 99 |

## STATUS REPORT

AND NOW, come the Debtor, Faye L. Irey, by and through her attorney Christopher M. Frye, Esq., and Steidl and Steinberg, and respectfully represents as follows:

1) The Debtor is required to file a status report to clarify questions with respect to certain listed assets with the Court and creditors pursuant to Text Order at Docket No. 94 ("Text Order").

1) The Court issued a Rule to Show Cause on December 2, 2024 with responses due on December 9, 2024 with respect to the Text Order, as Debtor's counsel inadvertently miscalendared the deadline from the Text Order for the filing of the Status Report. This was simply a clerical error on the part of Debtor's counsel and apologies to the Court for the error and additional Order needing to be issued.

2) The Debtor will be filing Amended Schedules A/B which, along with this status report to supplement, should clear up any confusion.

3) With respect to the real property of the Debtor, please note the following:

    a. 129 Rosewood Drive, Monongahela, PA 15063 - This is the Debtor's home residence.

 b. PARCEL NUMBER:130-006-00-00-0085-00 - Vacant Land in Washington County - The court has approved a sale of this property for $90,000.00. The Debtor had a 33% interest in this property upon filing, but, due to the death of a co-owner, the Debtor is now a 50% owner. Schedule A has been updated to make these changes.

 c. PARCEL NUMBER:130-006-00-00-0083-02 - Vacant Land in Washington County - The Debtor had an offer to sell this property for $10,000.00 and a motion to sell for that price was filed by the Debtor. Since then, an appraisal has been procured which values the property at $30,000.00. Schedule A has been amended to make this change.

 d. PARCEL NUMBER: 440001600001000100 - Corner of 9th Street and Lincoln Street, Monongahela, PA 15063 - Schedule A has been amended to change the description of this property to "Corner of 9th Street and Lincoln Street,Monongahela, PA 15063", which matches the listing and marketing efforts of the property by the Court approved realtor. The value of the property has also been updated to $84,900.00, which is the current list price.

5) The Debtor has listed a 33% shareholder interest in Irey Industries, Inc. as an asset of the Debtor listed under "Business Interests". The only asset of Irey Industries, Inc. is PARCEL NUMBER:130-006-10-03-0020-00 in Washington County, PA which is vacant residential land valued at $19,600.00. Therefore, Debtor's 33% shareholder interest in in Irey Industries, Inc. is valued at $6,354.00. Schedule A/B has been amended to reflect this change.

6) The Debtor has scheduled five (5) ownership interests in mineral rights. These are separately scheduled from the Debtor's real property. Four (4) of these mineral rights interests are associated with the Debtor's four (4) interests in real property. The Parcel ID Numbers listed with the mineral rights match up with the corresponding Parcel ID Number of the real property owned by the Debtor on the Schedules.

7) The Debtor has also listed a fifth (5th) interest in mineral rights which is a one fifth (⅕) interest in mineral rights unrelated to any real property owned by the Debtor. The Debtor (and other owners of the mineral rights) are unaware of the details of this mineral rights interest and unaware of what property that it underlies. However, the Debtor is aware that it exists and is being listed as such.

8) Upon review, the Debtor and counsel believe that all other assets listed on Schedule A/B are self-explanatory and need no additional clarification. The Debtor will file an Amended Schedule A/B with any and all changes to those Schedules identified in this status report.

      WHEREFORE, the Debtor, Faye L. Irey, respectfully files this Status Report.

      Respectfully submitted,

December 9, 2024        /s/ Christopher M. Frye_____
DATE        Christopher M. Frye, Esquire
      Attorney for the Debtor

      STEIDL & STEINBERG
      Suite 2830 – Gulf Tower
      707 Grant Street

Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I. D. No. 208402