IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Faye L. Irey, | ) | Case No. 23-22230 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 99 |

**RESPONSE TO ORDER SCHEDULING SHOW CAUSE HEARING**

AND NOW, come the Debtor, Faye L. Irey, by and through her attorney Christopher M. Frye, Esq., and Steidl and Steinberg, and respectfully represents as follows:

1) The Debtor was required to file a status report to clarify questions with respect to certain listed assets with the Court and creditors pursuant to Text Order at Docket No. 94 ("Text Order").

2) The Court issued a Rule to Show Cause on December 2, 2024 with responses due on December 9, 2024 with respect to the Text Order, as Debtor's counsel inadvertently miscalendared the deadline from the Text Order for the filing of the Status Report and it was not filed in a timely manner.

3) The Debtor has since filed a Status Report as required by the Text Order at Docket No. 102. The Debtor will also be filing Amended Schedules A/B in response to the Text Order.

4) The delay in filing the Status Report and Amended Schedules was simply a clerical error on the part of Debtor's counsel by miscalendering the deadline and was in no way attributable to counsel or the Debtor ignoring the Court's Order.

5) Debtor's counsel apologises for the missed deadline and will make every effort to ensure all deadlines are complied with to the best of his ability in the future.

WHEREFORE, the Debtor, Faye L. Irey, respectfully files this Response to Order Scheduling Show Cause Hearing.

Respectfully submitted,

December 9, 2024
DATE

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I. D. No. 208402