IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Faye L. Irey, ) | Case No. 23-22230 GLT |
| *Debtor(s)* ) | Chapter 13 |
| ) | Related Docket No. 107 |

## CERTIFICATE OF SERVICE OF ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND CLEAR OF LIENS

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) December 12, 2024

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Faye L. Irey C/o Melanie Sandrock, POA 1637 Princess Lane Monongahela, PA 15236

Philip M. Ripepi 207 Orchard Court Jefferson Hills, PA 15025

Ringold School District c/o Ringold School District PO Box 3020 Norristown, PA 19404

Washington County Tax Claim Office 95 West Beau Street, Suite 525 Washington, PA 15301

Internal Revenue Service PO Box 7346 Philadelphia, PA 19101−7346

PA Department of Revenue Bankruptcy Division PO Box 280946 Harrisburg, PA 17128−0946

Service by NEF:
Closing Agent

Jim Haines, Esquire
1202 W Main Street
Monongahela, PA 15063

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

|  |  |
|---|---|
|  | Respectfully submitted, |
| <u>December 12, 2024</u><br>DATE | <u>/s/ Christopher M. Frye</u><br>Christopher M. Frye, Esquire<br>Attorney for the Debtor(s)<br>STEIDL & STEINBERG<br>Suite 2830 – Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>(412) 391-8000<br>chris.frye@steidl-steinberg.com<br>PA I.D. No. 208402 |