Case 23-22230-GLT    Doc 109    Filed 12/12/24    Entered 12/12/24 13:53:08    Desc Main
Document    Page 1 of 1
FILED
12/12/24 12:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22230-GLT |
|  | : | Chapter: | 13 |
| Faye L. Irey | : | | |
|  | : | | |
|  | : | Date: | 12/11/2024 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:** #76 - Continued Motion to Sell Property Free and Clear of Liens under Section 363(f). Re: Van Voorhis Lane known as Parcel No. 130-006-00-00-00-0083-02
#86 - Certificate of No Objection
#92 - Status Report
#104 - Status Report

**APPEARANCES:**
  Debtor:   Chris Frye
  Trustee:   Ronda J. Winnecour
  PA-DOR:   Allison Carr
  Buyer:   Daniel Ripepi, Phil Ripepi

[11:00]
**NOTES:**
Frye: Mr. Ripepi made the first offer for $10,000. The property was not marketed by a realtor. Another appraiser reported the land was worth $90,000. We went and received two more appraisals which both came back to around $30,000 which seems to be the appropriate fair market value. Mr. Ripepei is now offering $25,000 which seems reasonable. We ask the Court to confirm the sale.

Philp Ripepi: The $10,000 offer was suggested by the Irey's. I am willing to go up to $30,000.

Court: I do find the property is being sold for fair market value for a purchase price of $30,000.

*[The Court subjected the land to higher and better offers. Mr Ripepi's offer of $30,000 was the highest and best offer.]*

**OUTCOME:**
1. The *Motion to Sell Real Estate Free and Clear of Liens* [Dkt. No. 76] is **GRANTED**. [O/E]

**DATED:** 12/11/2024