FILED
12/11/24 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Faye L. Irey, | ) | Case No. 23-22230 GLT |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | Docket No |
| | ) | |
| | ) | |
| Faye L. Irey, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| Vs. | ) | Related to Docket No. 76 |
| | ) | |
| | ) | |
| Philip M. Ripepi, | ) | |
| Washington County Tax Claim Office, | ) | |
| Ringold School District, | ) | |
| Internal Revenue Service, | ) | |
| PA Department of Revenue, | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| *Respondent(s)* | ) | |

### ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY
### FREE AND CLEAR OF LIENS

AND NOW, this  11th Day of December, 2024  , on consideration of the Debtor's Motion for Sale of Property Free and Clear of Liens to Philip M. Ripepi for $30,000.00, and after a hearing held in Courtroom A, 54th Floor, 600 Grant Street, Pittsburgh, PA, this date the Court Finds:

(1) That service of the Notice of Hearing and Order setting hearing on said Motion for private sale of real property free and divested of liens of the above-named Respondent, was effected on the following secured creditors whose liens are recited in said Motion for Private sale, viz:

**DATE OF SERVICE**         **NAME OF LIENOR AND SECURITY**

**August 29, 2024**         **Washington County Tax Office**
                            **95 West Beau Street, Suite 525**
                            **Washington, PA 15301**

| | |
|---|---|
| **August 29, 2024** | **Ringold School District**<br>**c/o Portnoff Law Associates, Ltd.**<br>**PO Box 3020**<br>**Norristown, PA 19404** |
| **August 29, 2024** | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** |
| **August 29, 2024** | **PA Department of Revenue**<br>**Bankruptcy Division**<br>**PO Box 280946**<br>**Harrisburg, PA 17128-0946** |
| **August 29, 2024** | **Ronda J. Winnecour**<br>**Chapter 13 Trustee, W.D., P.A.**<br>**P.O. Box 84051**<br>**Chicago, IL 60689-4002** |

(2)     That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as show by the certificate of service duly filed and that the named parties were duly served with the Motion.

(3)     That said sale hearing was duly advertised on the Court's website pursuant to *W.PA LBR 6004-1(c)(2)* on August 29, 2024, in the Washington Observer-Reporter on September 16, 2024 and in the Washington County Legal Journal on September 19,2024, as shown by the Proof of Publications that are to be duly filed.

(4)     That at the sale hearing the highest/best offer received was that of the above Buyers and no objections to the sale were made which would result in cancellation of said sale.

(5)     That the price of $30,000.00 offered by Philip M. Ripepi was a full and fair price for the property in question.

(6)     For the avoidance of doubt, the oil and gas rights associated with the real property (including any rights under any related oil and gas lease) are not being sold or otherwise transferred to the Buyer and are unaffected by the sale.

(7)  That the Buyer has acted in good faith with respect to the within sale in accordance with In re Abbotts Dairies of Pennsylvania, Inc., 788 F2d.143 (*3d Cir. 1986).

        Now therefore, **IT IS ORDERED, ADJUDGED AND DECREED**, that the sale by Special Warranty deed of the real property described as Parcel No. 130-006-00-00-00-0083-02  in Washington County is hereby **CONFIRMED** to Philip M. Ripepi for $30,000.00 free and divest of the above-recited liens and claims, and that the Movants authorized to make, execute and deliver to the Buyer above-named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

IT IS FURTHER ORDERED, that the above-recited liens and claims, be, and they hereby, are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear, and divested of said liens and claims;

FURTHER ORDERED, that the following expenses/costs shall immediately be paid at the time of closing. ***Failure of the closing agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions***, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movant pending further Order of this Court after notice and hearing.

(1) The following liens(s)/claim(s) and amounts; Washington County Tax Office in the approximate amount of $1,380.72 and Ringgold School District in the approximate amount of $6,840.51. **It is the responsibility of the closing agent to obtain the exact pay-off amount for each lien holder prior to closing date;**
(2) Delinquent real estate taxes and municipal fees, if any;
(3) Current real estate taxes, pro-rated to the date of closing;
(4) Normal closing costs including title search, legal fees, revenue stamps, and any other normal and necessary closing costs;
(5) Chapter 13 Trustee "percentage fees" in the amount of $522.46 payable to "*Ronda J. Winnecour, Ch. 13 Trustee, P. O. Box 2587, Pittsburgh, PA 15230*";
(6) The costs of local newspaper advertising in the amount of $291.58 payable to Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219;
(7) The costs of legal journal advertising in the amount of $178.75 payable to Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219;
(8) The Court filing fee of $199.00 payable to Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219;
(9) The Court approved attorney fees in the amount of $750.00 payable to Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219;
(10) The "net proceeds" from the closing as identified on the HUD-1 to be paid to the Internal Revenue Service pursuant to tax liens filed and Proof of Claim No. 7-2.;

FURTHER ORDERED that:

(1) ***Within seven (7) days of the date of this Order,*** the Movants shall serve a copy of the within *Order* on each Respondents/Defendants (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney of the Debtor, the Closing Agent, the buyer and the attorney for the Buyer, if any, and file a certificate of service.

(2) ***Closing shall occur within ninety (90) days of this Order.***

(3) ***Within seven (7) days following closing,*** the Movants shall file a ***Report of Sale*** which shall include a copy of the HUD-1 or other Settlement Statement; and,

(4)  This Sale Confirmation Order survives any dismissal or conversion of the within case.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22230-GLT |
| Faye L. Irey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Faye L. Irey, C/o Melanie Sandrock, POA, 1637 Princess Lane, Pittsburgh, PA 15236-3637 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Defendant PA Department of Revenue acarr@attorneygeneral.gov |
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance acarr@attorneygeneral.gov |
| Christopher M. Frye | on behalf of Plaintiff Faye L. Irey chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Faye L. Irey chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

James R. Wood

on behalf of Creditor Ringgold School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Kenneth Steidl

on behalf of Debtor Faye L. Irey julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck

on behalf of Creditor Hidden Valley Foundation  Inc. kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 10