**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PA**

Chapter:    13
Case No:    2322230

In re:    FAYE L IREY

Account Number: 5290

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 11 filed on 12/13/2023 in the amount of $1,889.75 .

On this date 5/21/2025.


By:    /s/ Ciara M. Lawton
       Ciara M. Lawton
       Bankruptcy Representative
       PRA Receivables Management, LLC., as agent of
       Portfolio Recovery Associates LLC.
       POB 41067
       Norfolk, VA 23541
       E-mail: Bankruptcy_Info@prareceivables.com