**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/21/2025

IN RE:

| | |
|---|---|
| FAYE L. IREY<br>C/O MELANIE SANDROCK, POA<br>1637 PRINCESS LANE<br>PITTSBURGH, PA 15236<br>XXX-XX-3368         Debtor(s) | Case No. 23-22230 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/21/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **KML LAW GROUP PC\*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA  19106 | Trustee Claim Number:1   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT:  PNC BANK/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **HIDDEN VALLEY FOUNDATION** <br> 1900 S RIDGE RD <br> HIDDEN VALLEY, PA  15502 | Trustee Claim Number:2   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT:  STRICKEN/OE*5818.67@6%/PL*DKT | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  2163 |
| **INTERNAL REVENUE SERVICE\*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:3   INT %: 0.00% <br> Court Claim Number:7-3 <br> CLAIM: 0.00 <br> COMMENT:  2014*29056.09@7%/PL*AMD=$0*PD AT SALE*DK | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  3368 |
| **MON LAWN CARE** <br> C/O RANDY SPAZIANI <br> 81 GRANT RD <br> MONONGAHELA, PA  15063 | Trustee Claim Number:4   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT:  STRICKEN/OE*4259.35@6%/PL*DKT | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  4466 |
| **PA DEPARTMENT OF REVENUE\*** <br> BANKRUPTCY DIVISION <br> PO BOX 280946 <br> HARRISBURG, PA  17128-0946 | Trustee Claim Number:5   INT %: 7.00% <br> Court Claim Number:1-2 <br> CLAIM: 11,253.15 <br> COMMENT:  15-16*$/CL-PL@7%/PL*2bPD@SALE*AMD | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  3368 |
| **PNC BANK NA** <br> PO BOX 94982 <br> CLEVELAND, OH  44101 | Trustee Claim Number:6   INT %: 0.00% <br> Court Claim Number:14 <br> CLAIM: 13,629.40 <br> COMMENT:  NO FURTHER PMTS/CONF*$96,444.36/CL*ALL ARRS/CL | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.:  6066 |
| **RINGGOLD SD (CARROLL TWP) RE\*\*** <br> C/O PORTNOFF LAW - DLNQ CLLCTR <br> POB 3020 <br> NORRISTOWN, PA  19404 | Trustee Claim Number:7   INT %: 10.00% <br> Court Claim Number:15 <br> CLAIM: 23,511.75 <br> COMMENT:  130-006-00-00-0082-00;18-22*CL15GOV*$6706.47@9%TTL/PL;19-22~STAT ISSUE*WN | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  8200 |
| **RINGGOLD SD (CARROLL TWP) RE\*\*** <br> C/O PORTNOFF LAW - DLNQ CLLCTR <br> POB 3020 <br> NORRISTOWN, PA  19404 | Trustee Claim Number:8   INT %: 10.00% <br> Court Claim Number:17 <br> CLAIM: 0.00 <br> COMMENT:  SOLD*130-006-00-00-0085-00*18-22*$1786.60@9%TTL/PL~$5299.93*TIMELY*W/38 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  8500 |
| **RINGGOLD SD (CARROLL TWP) RE\*\*** <br> C/O PORTNOFF LAW - DLNQ CLLCTR <br> POB 3020 <br> NORRISTOWN, PA  19404 | Trustee Claim Number:9   INT %: 10.00% <br> Court Claim Number:16 <br> CLAIM: 0.00 <br> COMMENT:  DOLF*130-006-00-00-0083-02;18-22*$7628.80@9%TTL/PL~$3596.14*WNTS 10%*TIME | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  8302 |
| **RINGGOLD SD (MONONGAHELA) (RE)** <br> C/O PORTNOFF LAW ASSOC - DLNQ CLCTR <br> PO BOX 3020 <br> NORRISTOWN, PA  19404-3020 | Trustee Claim Number:10   INT %: 10.00% <br> Court Claim Number:18 <br> CLAIM: 2,653.59 <br> COMMENT:  440-016-00-01-0001-00;18-22*CL18GOV*3580@9%TTL/PL~STAT ISSUE*2bPD@SALE | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  0100 |

CLAIM RECORDS

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **WASHINGTON COUNTY TAX CLAIM BUREAU (*)**<br>95 WEST BEAU ST STE 525<br><br>WASHINGTON, PA  15301 | Trustee Claim Number:11   INT %: 9.00%<br>Court Claim Number:3<br><br>CLAIM:  6,769.09<br>COMMENT:  15-22/SCH*130-006-00-00-0082-00;19-22*CL3GOV*CTY+BORO*WNTS 9%*TTL=$@9% | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  8200 |
| **WASHINGTON COUNTY TAX CLAIM BUREAU (*)**<br>95 WEST BEAU ST STE 525<br><br>WASHINGTON, PA  15301 | Trustee Claim Number:12   INT %: 9.00%<br>Court Claim Number:5<br><br>CLAIM:  0.00<br>COMMENT:  SOLD*18-22/SCH*130-006-00-00-0085-00;19-22*CTY+BORO*TTL=1332.17@9%/PL*$1 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  8500 |
| **WASHINGTON COUNTY TAX CLAIM BUREAU (*)**<br>95 WEST BEAU ST STE 525<br><br>WASHINGTON, PA  15301 | Trustee Claim Number:13   INT %: 9.00%<br>Court Claim Number:4<br><br>CLAIM:  0.00<br>COMMENT:  SOLD*18-22/SCH*130-006-00-00-0083-02*19-22*CTY+BORO*$1380.72/CL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  8302 |
| **WASHINGTON COUNTY TAX CLAIM BUREAU (*)**<br>95 WEST BEAU ST STE 525<br><br>WASHINGTON, PA  15301 | Trustee Claim Number:14   INT %: 9.00%<br>Court Claim Number:2<br><br>CLAIM:  2,334.61<br>COMMENT:  440-016-00-01-0001-00;19-22*CL2GOV*CTY+BORO*WNTS 9%*TTL=$/CL-PL@9%/PL* | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  0100 |
| **WASHINGTON COUNTY TAX CLAIM BUREAU (*)**<br>95 WEST BEAU ST STE 525<br><br>WASHINGTON, PA  15301 | Trustee Claim Number:15   INT %: 9.00%<br>Court Claim Number:6<br><br>CLAIM:  795.22<br>COMMENT:  130-006-10-03-0020-00*19-22*CL6GOV*WNTS 9%*CTY+BORO ONLY*TTL=$@9%/PL* | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  0200 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:16   INT %: 0.00%<br>Court Claim Number:7-3<br><br>CLAIM:  12,682.20<br>COMMENT:  18-22/SCH*19-22*AMD*$174,678.59@0%/PL*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  3368 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br><br>HARRISBURG, PA  17128-0946 | Trustee Claim Number:17   INT %: 0.00%<br>Court Claim Number:1-2<br><br>CLAIM:  3,624.01<br>COMMENT:  20 AND 22*174678.59@0%/PL*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  3368 |
| **BANK OF AMERICA****<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br><br>DALLAS, TX  75266-0933 | Trustee Claim Number:18   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6162 |
| **BANK OF AMERICA****<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br><br>DALLAS, TX  75266-0933 | Trustee Claim Number:19   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7497 |
| **CHASE CARD SERVICES****<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:20   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CHASE CARD SERVICES**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 21   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 22   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SYNC BANK/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7446 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 23   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 444.79<br>COMMENT: COMENTITY CAPITAL BANK/BLAIR | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4184 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 24   INT %: 0.00%<br>Court Claim Number: 1-2<br>CLAIM: 9,409.03<br>COMMENT: 17-22/SCH*AMD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3368 |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER**<br>PO BOX 371412<br>PITTSBURGH, PA 15250 | Trustee Claim Number: 25   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 26   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,889.75<br>COMMENT: SYNC BANK/TJX*DK!! | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5290 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 27   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CITI~SEARS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6619 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 28   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 437.39<br>COMMENT: CHRGD OFF 4/19/21*DEBT INCURRED 4/19/21 PER SCH*DK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 29   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 20,269.61<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8325 |
| **EQT PRODUCTION COMPANY**<br>625 LIBERTY AVE STE 1700<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 30   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH G | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **IREY INDUSTRIES INC**<br>129 ROSEWOOD DR<br><br>MONONGAHELA, PA 15063 | Trustee Claim Number:31   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KEYBANK NA****<br>POB 94968<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:32   INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 1,217.13<br>COMMENT: NT/SCH*CHECKING ACCOUNT OVERDRAFT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0561 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:33   INT %: 0.00%<br>Court Claim Number:7-3<br><br>CLAIM: 165,551.48<br>COMMENT: NO GEN UNS/SCH*AMD* | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3368 |
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:34   INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 0.00<br>COMMENT: NO FURTHER PMTS/CONF*100K/PL*ALL ARRS/CL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6066 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number:35   INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 2,211.96<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2005 |
| **RINGGOLD SD (CARROLL TWP) RE****<br>C/O PORTNOFF LAW - DLNQ CLLCTR<br>POB 3020<br>NORRISTOWN, PA 19404 | Trustee Claim Number:36   INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 9,015.71<br>COMMENT: 130-006-00-00-0082-00;18-22*CL15GOV*$6706.47@9% TTL/PL;19-22~STAT ISSUE*NO | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8200 |
| **RINGGOLD SD (CARROLL TWP) RE****<br>C/O PORTNOFF LAW - DLNQ CLLCTR<br>POB 3020<br>NORRISTOWN, PA 19404 | Trustee Claim Number:37   INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 0.00<br>COMMENT: SOLD*130-006-00-00-0083-02;18-22*$7628.80@9%TTL/PL~$3208.37*NON INT*TIMELY | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8302 |
| **RINGGOLD SD (CARROLL TWP) RE****<br>C/O PORTNOFF LAW - DLNQ CLLCTR<br>POB 3020<br>NORRISTOWN, PA 19404 | Trustee Claim Number:38   INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 0.00<br>COMMENT: SOLD*130-006-00-00-0085-00*18-22*$1786.60@9%TTL/PL~$3670.68*NON INT*TIMELY | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8500 |
| **RINGGOLD SD (MONONGAHELA) (RE)**<br>C/O PORTNOFF LAW ASSOC - DLNQ CLCTR<br>PO BOX 3020<br>NORRISTOWN, PA 19404-3020 | Trustee Claim Number:39   INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 2,945.37<br>COMMENT: 440-016-00-01-0001-00;18-22*CL18GOV*3580@9%TTL/PL~STAT ISSUE*2bPD@SALE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0100 |
| **RONDA J WINNECOUR PA ID #30399****<br>ATTN DIRECT FEES CLERK<br>US STEEL TWR STE 3250<br>600 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number:40   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 522.46<br>COMMENT: SEE DKT FOR DETAILS | CRED DESC: FEES ON DIRECT PAYMENTS<br>ACCOUNT NO.: $/OE |

CLAIM RECORDS

| | | |
|---|---|---|
| **RONDA J WINNECOUR PA ID #30399**\*\* <br> ATTN DIRECT FEES CLERK <br> US STEEL TWR STE 3250 <br> 600 GRANT ST <br> PITTSBURGH, PA  15219 | Trustee Claim Number:41   INT %:  0.00% <br> Court Claim Number: <br> <br> CLAIM:  688.74 <br> COMMENT:  SEE DKT FOR DETAILS | CRED DESC:  FEES ON DIRECT PAYMENTS <br> ACCOUNT NO.:  $/OE |
| **JAMES R WOOD ESQ** <br> PORTNOFF LAW ASSOCIATES LTD <br> 2700 HORIZON DR STE 100 <br> <br> KING OF PRUSSIA, PA  19406 | Trustee Claim Number:42   INT %:  0.00% <br> Court Claim Number: <br> <br> CLAIM:  0.00 <br> COMMENT:  RINGGOLD SD/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **BERNSTEIN BURKLEY PC** <br> 601 GRANT ST - 9TH FL <br> <br> <br> PITTSBURGH, PA  15219 | Trustee Claim Number:43   INT %:  0.00% <br> Court Claim Number: <br> <br> CLAIM:  0.00 <br> COMMENT:  HIDDEN VALLEY FOUNDATION/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |