IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Faye L. Irey, | ) | Case No.  23-22230 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 61 |

## STATUS REPORT REGARDING LISTING OF 9TH STREET AND LINCOLN STREET, MONONGAHELA, PA 15063

AND NOW, come the Debtor, Faye L. Irey, by and through her attorney Christopher M. Frye, Esq., and Steidl and Steinberg, and respectfully represents as follows:

1) The listing agreement between the Debtor and Dan Haeck and Coldwell Banker Realty ("Realtor") to list 9th Street and Lincoln Street, Monongahela, PA 15063 for sale expired on April 21, 2025.

2) The Realtor has decided not to renew the listing agreement with the Debtor.

3) To quote the Realtor, "Unfortunately, based on the continued costs of marketing the property with limited interest from buyers over the past year (and aggressive price improvements), our Team is unable to renew the listing going forward".

4) The Debtor will attempt to appoint a new realtor to begin to list 9th Street and Lincoln Street, Monongahela, PA 15063 for sale.

WHEREFORE, the Debtor, Faye L. Irey, respectfully files this Status Report.

                                              Respectfully submitted,

| | |
|---|---|
| May 28, 2025 | /s/ Christopher M. Frye |
| DATE | Christopher M. Frye, Esquire |
| | Attorney for the Debtor |

                                               STEIDL & STEINBERG  
                                             Suite 2830 – Gulf Tower  
                                             707 Grant Street  
                                             Pittsburgh, PA 15219  
                                             (412) 391-8000  
                                             ken.steidl@steidl-steinberg.com  
                                             PA I. D. No. 208402