IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Faye L. Irey                                            :    Case No. 23-22230-GLT
                                                        :
    Debtor(s)                                        :    Chapter 13
                                                        :
Ronda J. Winnecour, Chapter 13                          :
Trustee                                                 :
    Movant(s)                                        :    Related to Doc. 127 and 128
                                                        :
vs.                                                     :    Hearing Date: 8/27/25
                                                        :    at 10:00 a.m.
Faye L. Irey                                            :
                                                        :
    Respondent(s)                                    :

## CERTIFICATE OF SERVICE

    I, Rosa M. Richard of the Office of the Chapter 13 Trustee, Suite 3250, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Certify:

    That I am, and at all times hereinafter mentioned, more than 18 years of age;

    That on the 8th day of August 2025, I served a copy of <u>Motion for: (A) Status Conference on Plan Implementation; and (B) Conversion to Chapter 7 if Insufficient Progress is Being Made on Plan Implementation along with Order Scheduling Dates for Response and Hearing on Motion.</u>

The Parties in interest served in this proceeding, by:
First Class Postage Prepaid Mail

Office of the United States Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222

Faye L. Irey
c/o Melanie Sandrock, POA
1637 Princess Lane
Pittsburgh, PA 15236

Kenneth Steidl, Esquire
436 Seventh Avenue, Suite 322
Koppers Building
Pittsburgh, PA 15219

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 8/7/2025        <u>/s/ Rosa M. Richard</u>
Rosa M. Richard
Suite 3250- US Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
cmecf@chapter13trusteewdpa.com