Case 23-22230-GLT    Doc 130    Filed 08/27/25    Entered 08/27/25 15:06:27    Desc Main
Document    Page 1 of 1

8/27/25 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22230-GLT |
| | : | Chapter: | 13 |
| Faye L. Irey | : | | |
| | : | | |
| | : | Date: | 8/27/2025 |
| *Debtor(s).* | : | Time: | 10:00 |

## **PROCEEDING MEMO**

*MATTER:*  # 127 Motion for Status Conference filed by the Chapter 13 trustee
[Response due 8/21/25]

*APPEARANCES*:
    Debtor: Abagale Steidl
    Trustee: Ronda J. Winnecour

[10:05]
**NOTES:**
Winnecour: I did receive a full plan payment of $4,972 in August, but the plan is still underfunded without a sale. I am concerned about diminished equity in the Rosewood property that would limit recovery for a chapter 7 trustee.

Steidl: The Debtor's prior realtor was appointed for a one-year term and they were unwilling to do another year because it was costing too much money with limited interest from prospective buyers. The Debtor's power of attorney (POA) is in conversations with a new realtor, Doreen Walters, to take over. Our office has not made contact with her yet. The POA is also talking about subdividing the Debtor's property and thinks this might be more lucrative than a sale of the larger parcel. The POA has had issues with phone and internet, and claims not to have received our office's communications regarding the increased plan payment. Ironically, the POA received the trustee's motion and made the full plan payment thereafter. As for the 2024 and 2025 property taxes, they are on extension and have not yet been paid. The real property is also currently uninsured due to the possibility of mine subsidence.

Winnecour: Is Debtor residing on the property?

Steidl: Yes, she lives there with the POA. Due to communications issues, some updates have only occurred in the last few weeks, since mid-August.

Court: What is the funding shortfall in the plan assuming the Debtor makes all currently-required payments?

Winnecour: $1,600/month is the gap.

Court: So, that's approximately $60,800 needed to supplement the monthly plan payments.

**OUTCOME:**

1. For the reasons stated on the record at the August 27, 2025 hearing, the *Motion for: (A) Status Conference on Plan Implementation; and (B) Conversion to Chapter 7 if Insufficient Progress is Being Made on Plan Implementation* [Dkt. No. 127] is **GRANTED** in part, and **DEFERRED** in part. On or before September 12, 2025, the Debtor shall file an application to employ a real estate broker to market her remaining parcels of real property with the exception of the residence at 129 Rosewood Drive. The Court will conduct a status conference and continued hearing on the trustee's motion on September 15, 2025 at 11 a.m. The Debtor's proposed real estate broker, Doreen Walters, as well as the Debtor's attorney-in-fact, Melanie Sandrock, shall appear for the September 15 hearing, either in person or via Zoom. Debtor's counsel shall serve a copy of the scheduling order on Ms. Walters and Ms. Sandrock and file a corresponding certificate of service. [DB to issue paper order]

**DATED:** 8/27/2025