IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Faye L. Irey | ) | Case No. 23-22230 GLT |
| | ) | Chapter 13 |
| | ) | Related Docket No. 131 |
| Debtor(s) | ) | |

## CERTIFICATE OF SERVICE OF SCHEDULING ORDER

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) August 28, 2025

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Service by NEF:

Melanie Sandrock, POA
kicker15smom@yahoo.com

Dorren Walters, Realto
doreen@rogsold.com

                                                                                   Respectfully submitted,

August 28, 2025                                    /s/ Christopher M. Frye
DATE                                                          Christopher M. Frye, Esquire
                                                               Attorney for the Debtor(s)
                                                               STEIDL & STEINBERG
                                                               Suite 2830 – Gulf Tower
                                                               707 Grant Street
               &nsp;                                             Pittsburgh, PA 15219
                                                               (412) 391-8000
                                                               chris.frye@steidl-steinberg.com
                                                               PA I.D. No.208402