Case 23-22230-GLT    Doc 136    Filed 09/16/25    Entered 09/16/25 15:52:54    Desc Main
Document    Page 1 of 2

FILED
9/16/25 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22230-GLT |
| | : | Chapter: | 13 |
| Faye L. Irey | : | | |
| | : | | |
| | : | Date: | 9/15/2025 |
| *Debtor(s)*. | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**     #127 - Status Conference on Trustee's Motion for Status
            Conference

    [Proposed Real Estate Broker Doreen Walters &
     POA/ Attorney in fact Melanie Sandrock shall appear in
     person or via Zoom]

    [On or before 9/12/2025 Debtor to file Application to Employ
     Real Estate Broker]
        #134 - Application to Employ Realtor Filed - Scheduled
            For hearing on 10/6/2025 at 9:00 AM, Resp due
            9/25/2025

*APPEARANCES*:

    Debtor:           Julie Frazee Steidl  (Melanie Sandrock - Debtor's daughter/POA)
    Trustee:          Ronda J. Winnecour
    Faye Irey as listing agent:    Doreen Walters

[11:17]
**NOTES:**

Winnecour: This plan is underfunded. $4,972 is the current plan payment. Last payment received was on August 18 and it was in the full amount. Plan arrears exceed 11,000 and I don't have enough to pay creditors. I would ask for a short timeframe on this, but not requesting conversion right now.

Steidl: If both properties can sell, they will generate sufficient proceeds for the plan.  The Debtor should have the right to get a realtor that is more connected or motivated. Debtor is over 80 years old. Ask her to give the new broker some time. Debtor has another property that is owned by the business, Irey Industries. Debtor has 1/3 interest in the equity of Irey Industries.  I do not know who has the other 2/3 interest in the business property. I think that the vehicles are at the stage where we are not sure if they will be able to be sold. I know there are problems with the property insurance on the residence.

 Sandrock: 129 Rosewood residence the property was insured, but then once my parents passed away and then my brother took over, we haven't been able to get this.

 Sandrock: I will reach out to other insurers. Payments have been made just about monthly on the property taxes and there was another payment check that went out last Wednesday. Irey Industries was one of my parents companies. My mom has been paying those taxes until this all happened. Regis Leech and Jim Irey who have also passed away. I don't know who owns the other 2/3 interest. We talked to Ms. Walters. The Irey Industries Property is off of Driftwood

 Walters: Cedarwood Drive, its a residential area. Usually, that's a tenancy in common where the other thirds would've went to the estate. I do have contact with Mr. Leech on a different matter. That specific lot is right next to Barndominiums. This has been a big fight/flashpoint in Carol Township. The property owned by Irey Industries is right next door. This one is going to be a little more difficult. The whole community is in outrage about the Barndominiums. I have two similar lots listed at 40,000 and

60,000, but I am not getting any calls on them. Being that these properties are next to the box structures, I can try to list it at 40,000. The man who built them may buy the lot. Perhaps Mr. Leech would be interested to prevent an expansion of the Barndominium.

Walters: I can ask Mr. Liesch, I did not know who the other 2/3 interest in Irey Industries.

Walters: The 9th and Lincoln property we have a better shot of selling. It could be zoned residential or commercial. Just a few blocks from the bus line. Our best bet would be getting an investor to put up a one-level senior living property. It's difficult to sell vacant land because of the cost of building materials.

Winnecour: We will have a shortfall, even if all plan payments are made. I don't have a calculation at this point on the size of the shortfall. $30,000 plan current arrears 11k after 5k payment Debtor just made.

Sandrock: Antique Ford ready for sale in three weeks. The 1974 Roadster present value is around 20,000-30,000. It hadn't been run for awhile, so it's been a job, but it will be ready.

*OUTCOME:*

1. The status conference held on September 15, 2025 is concluded. On or before October 31, 2025, the Debtor shall file a status report which addresses the following: (a) whether a replacement property insurance policy has been procured for the residence at 129 Rosewood; (b) the Debtor's plan to market and sell the 1974 Roadster vehicle, including a summary of all efforts expended to date and the timeline for any future actions; and (c) the Debtor's proposed strategy to liquidate either her 33% interest in Faye Industries or in the alternative, her expected timetable to sell Fay Industries' interests in any real property through an adversary or other procedure. [Text Order]

**DATED:** 9/15/2025