IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Faye L. Irey , | ) | Bankruptcy No. 23-22230 GLT |
|     Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 134-135 |
| Faye L. Irey , | ) | |
|     Movant | ) | Hearing Date and Time: |
| | ) | October 6, 2025 at 9:00 a.m. |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee , | ) | |
|     Respondent(s) | ) | |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY REALTOR TO SELL DEBTOR'S REAL PROPERTY**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the APPLICATION TO EMPLOY REALTOR TO SELL DEBTOR'S REAL PROPERTY filed on September 8, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the APPLICATION TO EMPLOY REALTOR TO SELL DEBTOR'S REAL PROPERTY appears thereon. Pursuant to the Notice of Hearing, objections for APPLICATION TO EMPLOY REALTOR TO SELL DEBTOR'S REAL PROPERTY were to be filed and served no later than September 25, 2025.

    It is hereby respectfully requested that the Order attached to the APPLICATION TO EMPLOY REALTOR TO SELL DEBTOR'S REAL PROPERTY be entered by the Court.

    Respectfully submitted,

September 26, 2025
Date:

/s/Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  34965
ken.steidl@steidl-steinberg.com