IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Faye L. Irey, | ) | Case No.  23-22230 GLT |
| Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 137 |

## **STATUS REPORT**

AND NOW, comes the Debtor, Faye L. Irey, by and through her attorney Christopher M. Frye, Esq., and Steidl and Steinberg, and respectfully represents as follows:

1) The Debtor was required to file a status report to address the following (a) whether a replacement property insurance policy has been procured for the residence at 129 Rosewood; (b) the Debtor's plan to market and sell the 1974 Roadster vehicle, including a summary of all efforts expended to date and the timeline for any future actions; and (c) the Debtor's proposed strategy to liquidate either her33% interest in Faye Industries or in the alternative, her expected timetable to sell Fay Industries' interests in any real property through an adversary or other procedure at Docket No. 137 ("Text Order").

2) The Debtor has procured an insurance policy from Allstate Insurance for the residence at 129 Rosewood.

3) The restoration of the 1974 Roadster is nearing completion. Once the restoration is completed, the Debtor will begin listing the vehicle for sale.

4) The Debtor's realtor, Doreen Walters contacted and spoke to an heir of one the

   owners of Faye Industries, Inc., Regis Leech, III regarding the land owned by the

   corporation. The realtor  discovered that the land in question that is owned by the

   corporation, which is the only asset of the corporation, is a small vacant parcel of

   land left over from the original development. The land is a hillside/basin that was

   used for water run-off. Therefore, it is believed that neither the land owned by the

   corporation or the Debtor's 33% interest in Faye Industries, LLC can be

   liquidated or be sold for any value.

WHEREFORE, the Debtor, Faye L. Irey, respectfully files this Status Report.


                                        Respectfully submitted,


October 31, 2025                        /s/ Christopher M. Frye_____
DATE                                    Christopher M. Frye, Esquire
                                        Attorney for the Debtor

                                        STEIDL & STEINBERG
                                        Suite 2830 – Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 391-8000
                                        ken.steidl@steidl-steinberg.com
                                        PA I. D. No. 208402