IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Faye L. Irey, | ) | Case No.  23-22230 GLT |
| Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 143 |

## <u>STATUS REPORT</u>

AND NOW, comes the Debtor, Faye L. Irey, by and through her attorney Christopher M. Frye, Esq., and Steidl and Steinberg, and respectfully represents as follows:

1) The Debtor is required to file a status report to address the following (a) an update from the Debtor's real estate broker, Doreen Walters, on her efforts to market and sell the Debtor's real property, and (b) an updated on the Debtor's efforts to restore and liquidate the Roadster Automobile.

2) Ms. Walter's has informed the Debtor's counsel that a local investor is interested in purchasing the 717 Lincoln Street Corner of 9th, Monongahela, PA 15063 in order to build several quad patio home units.  However, the City of Monongahela will only permit four (4) units. The investor wants to build more than 4 units to utilize the entirety of the property. The investor is in the process seeking approval from the City. But at this time no offer has been made by the investor to purchase the said property. Ms. Walter's has indicated this is the only interest she has received for the property since she was engaged to list it.

3) The restoration of the 1974 Roadster is nearing completion. Once the restoration

is completed, the Debtor will advertise it for sale on Facebook Marketplace.

WHEREFORE, the Debtor, Faye L. Irey, respectfully files this Status Report.


Respectfully submitted,


January 22, 2025                          /s/ Christopher M. Frye_____
DATE                                     Christopher M. Frye, Esquire
                                         Attorney for the Debtor

                                         STEIDL & STEINBERG
                                         Suite 2830 – Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA  15219
                                         (412) 391-8000
                                         ken.steidl@steidl-steinberg.com
                                         PA I. D. No. 208402