# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

FAYE L. IREY

Case No. 23-22230GLT

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

WASHINGTON COUNTY TAX CLAIM
BUREAU(*)

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

PAID IN FULL PER CREDITOR, THE CLAIMS HAS NOT BEEN AMENDED OR WITHDRAWN.

WASHINGTON COUNTY TAX CLAIM
BUREAU(*)
95 WEST BEAU ST STE 525
WASHINGTON, PA 15301

Court claim# 2/Trustee CID# 14

The Movant further certifies that on 02/25/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
   original creditor
   putative creditor
   counsel for debtor(s)
   counsel for the creditor(s) (if known)

DEBTOR(S):
FAYE L. IREY, C/O MELANIE SANDROCK,
POA, 1637 PRINCESS LANE, PITTSBURGH,
PA  15236

ORIGINAL CREDITOR:
WASHINGTON COUNTY TAX CLAIM
BUREAU(*), 95 WEST BEAU ST STE 525,
WASHINGTON, PA  15301

NEW CREDITOR:

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL &
STEINBERG PC, 436 SEVENTH AVE STE
322, KOPPERS BUILDING, PITTSBURGH,
PA  15219