FILED
5/20/26 6:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22230-GLT |
| | : | Chapter: | 13 |
| Faye L. Irey | : | | |
| | : | | |
| | : | Date: | 5/20/2026 |
| *Debtor(s).* | : | Time: | 10:00 |

**PROCEEDING MEMO**

**MATTER:**    #148 - Status Conference Regarding (A) Plan Implementation
and (B) Conversion to Chapter 7 if Inufficient Progress is
being made on plan Implementation

**APPEARANCES**:

Debtor:    Abagale Steidl, Melanie Sandrock (POA)
Trustee:    Ronda J. Winnecour

[10:28]
**NOTES:**

Winnecour: I have additional bad news. We project a plan payment of $7,256/month starting in June. Plan arrears exceed $11,000. I still have around $9,500 on hand.

Steidl: We are in the same general area of issues. A local investor is interested in the real estate. The township only allows four units on a parcel, but the investor is interested in creating a quad.

Sandrock: I have been in contact every couple weeks with the realtor. She talked to Todd Thomas yesterday. They put in a petition to Monongahela City Council to get it zoned so he could put in the multiple housing that this investor wants to do. The drawings are together. As for the antique car, my dad passed away 23 years ago. Almost everything needed replaced in it. He is down to the last piece that he needs which is a flare adaptor, and then once that is installed it is ready to sell.

Court: What is the status of the post-petition taxes?

Sandrock: The taxes and insurance are current. The investor went to the Mayor and the Council. They are so slow. That's what I know.

Court: The roadster is nearing completion?

Sandrock: Yes. I talked to Logan Wednesday after school.

Court: Have there been efforts to market or notify people?

Sandrock: For the last couple weeks we have been starting to get word out. People are going to want to drive it.

Court: Is there a reason we shouldn't consider conversion?

Steidl: That $11,000 figure includes the May payment. So the actual arrearage is more like $6,460. The monthly plan payment is $4,972 and Debtor and power of attorney have made a payment every month.

Court: The payments alone do not cover the plan base.

**OUTCOME:**

1. For the reasons stated on the record at the May 20, 2026 hearing, the status conference is concluded. The trustee's request to convert the case is GRANTED, but the conversion is stayed pending the Debtor's timely submission of plan payments in an amount to complete the plan base at the end of the plan term. Effective June 1, 2026, the Debtor shall increase the plan payment $7,256/month. The Debtor shall file a status report by June 30, 2026 identifying any progress made to liquidate her remaining assets. [Chambers to Issue]

**DATED:**  5/20/2026