IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Faye L. Irey, | ) | Case No.  23-22230 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 157 |

**STATUS REPORT**

AND NOW, comes the Debtor, Faye L. Irey, by and through her attorney Kenneth

Steidl, Esq., and Steidl and Steinberg, and respectfully represents as follows:

1)  The Debtor is required to file a status report to identify any progress in liquidating

the remaining assets.

2)  There has been no progress in selling 717 Lincoln Street Corner of 9th,

Monongahela, PA 15063

3)  The restoration of the 1974 Roadster is nearing completion.

WHEREFORE, the Debtor, Faye L. Irey, respectfully files this Status Report.

Respectfully submitted,


June 30, 2026                                    /s/ Kenneth Steidl
DATE                                             Kenneth Steidl, Esquire
                                                 Attorney for the Debtor

                                                 STEIDL & STEINBERG
                                                 436 Seventh Avenue, Suite 322
                                                 Koppers Building
                                                 (412) 391-8000
                                                 ken.steidl@steidl-steinberg.com
                                                 PA I. D. No. 34965