FILED
7/22/26 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 23-22230-GLT |
| | : | Chapter: 13 |
| Faye L. Irey | : | |
| | : | |
| | : | Date: 7/22/2026 |
| *Debtor(s).* | : | Time: 11:30 |

## PROCEEDING MEMO

**MATTER:**        Status Conference: # 154 Status Report

**APPEARANCES** :

Debtor: Abagale Steidl, Melanie Sandrock
Trustee: Ronda J. Winnecour

[11:45]
**NOTES:**

Winnecour: The current plan payment is $7,256/month. The last payment I received was May 19, 2026 for $4,972. Arrears are around $21,000. I am not sure how any of this is going to happen.

Steidl: We spoke with the realtor regarding the property and the developer seems to be a lot of talk no action. He has come forward with no offer.

Court: What is the status of the vehicle?

Sandrock: I have spoken with the refurbisher and Sunday he installed the part. He said the part is the wrong part and it doesn't fit.

Court: What is going on with the plan payments here?

Steidl: There hasn't been a payment since May.

**OUTCOME:**

1. For the reasons stated on the record at the July 22, 2026 hearing, the status conference is concluded. Case No. 23-22230-GLT is **CONVERTED** to chapter 7. [DB to enter standard conversion order]

**DATED:** 7/22/2026