**Form 132**

**UNITED STATES BANKRUPTCY COURT**          160
**WESTERN DISTRICT OF PENNSYLVANIA**          dpas

In re:                                                    Bankruptcy Case No.: 23–22230–GLT

Chapter: 7

**Faye L. Irey**
  Debtor(s)

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND DETERMINATION OF TRUSTEE BOND**

Pamela J. Wilson is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 7/23/26                                     **Andrew R. Vara**
                                                  United States Trustee

                                                  **Marta E. Villacorta**
                                                  Assistant United States Trustee
                                                  Western District of Pennsylvania

---

I Pamela J. Wilson, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                  Pamela J. Wilson

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                  Case No. 23-22230-GLT

Faye L. Irey                                                                           Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                Page 1 of 2

Date Rcvd: Jul 23, 2026                       Form ID: 132                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID              Recipient Name and Address**
tr                   +  Pamela J. Wilson, 810 Vermont Avenue, Pittsburgh, PA 15234-1222

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

**Name                    Email Address**

Allison L. Carr

    on behalf of Defendant PA Department of Revenue acarr@attorneygeneral.gov

Allison L. Carr

    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance acarr@attorneygeneral.gov

Christopher M. Frye

    on behalf of Plaintiff Faye L. Irey chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;Frye.ChrisB104904@notify.bestcase.com;ken.steidl@steidl-steinberg.com

Christopher M. Frye

    on behalf of Debtor Faye L. Irey chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;Frye.ChrisB104904@notify.bestcase.com;ken.steidl@steidl-steinberg.com

James R. Wood

    on behalf of Creditor Ringgold School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

District/off: 0315-2                                    User: auto                                    Page 2 of 2

Date Rcvd: Jul 23, 2026                              Form ID: 132                              Total Noticed: 1

Kenneth Steidl

on behalf of Debtor Faye L. Irey julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Keri P. Ebeck

on behalf of Creditor Hidden Valley Foundation  Inc. kebeck@metzlewis.com, btemple@metzlewis.com

Matthew Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson

pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 11