| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Faye L. Irey**<br>First Name    Middle Name    Last Name | Social Security number or ITIN:   xxx–xx–3368<br>EIN:  _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:  WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed in chapter:     13   10/20/23 | |
| Case number:  23–22230–GLT | | Date case converted to chapter:   7   7/23/26 | |

Official Form 309B (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Faye L. Irey | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | C/o Melanie Sandrock, POA<br>1637 Princess Lane<br>Pittsburgh, PA 15236 | | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Koppers Building<br>436 Seventh Ave. Ste. 322<br>Pittsburgh, PA 15219 | | Contact phone 412–391–8000<br><br>Email:  julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Pamela J. Wilson<br>810 Vermont Avenue<br>Pittsburgh, PA 15234 | | Contact phone 412–341–4323<br><br>Email:  pwilson@pjwlaw.net |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **1**

Debtor  **Faye L. Irey**                                                                                   Case number **23–22230–GLT**

| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 7/23/26 |
|---|---|---|
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 21, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 785 519 6660, and Passcode 9708427555, call 1–412–286–0582**<br><br>For additional information, go to: https://www.justice.gov/ust/moc |
| **8.**          **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/20/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/1/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/16/24** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22230-GLT |
| Faye L. Irey | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 23, 2026 | Form ID: 309B | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Faye L. Irey, C/o Melanie Sandrock, POA, 1637 Princess Lane, Pittsburgh, PA 15236-3637 |
| aty | + | Allison L. Carr, Pennsylvania Office of Attorney General, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| aty | + | Christopher M. Frye, Steidl & Steinberg, P.C., 436 7th Ave., Koppers Building, Suite 322 Pittsburgh, PA 15219-1818 |
| aty | + | James R. Wood, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| aty | + | Keri P. Ebeck, Metz Lewis, 444 Liberty Avenue, Suite 2100, Pittsburgh, PA 15222-1222 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| r | + | Dan Haeck, Coldwell Banker Realty, 10 Old Clairton Road #7, Pittsburgh, PA 15236-3923 |
| r | + | Doreen Walters, Realty One Group Gold Standard, 375 Valley Brook Road, Suite 102, McMurray, PA 15317-3370 |
| 15649072 | | Commonwealth of Pennsylvania, Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |
| 15654158 | #+ | EQT Production Company, 625 Liberty Avenue, Suite 1700, Pittsburgh, PA 15222-3114 |
| 15654159 | + | Hidden Valley Foundation Inc., c/o Bernstein-Burkley PC, 601 Grant St 9th Floor, Pittsburgh, PA 15219-4430 |
| 15654160 | + | Hidden Valley Foundation Inc., 1900 S Ridge Drive, Hidden Valley, PA 15502-2308 |
| 15654165 | + | Mon Lawn Care Inc., c/o Randy C. Spaziani, 81 Grant Road, Monongahela, PA 15063-3619 |
| 15654166 | | PA Department of Revenue, Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |
| 15654175 | + | Ringgold School District, c/o Portinoff Law Associates, LTD., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15654174 | + | Ringgold School District, c/o Portnoff Law Associates, LTD., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15654178 | + | Ringgold School District, c/o Portnoff Law Associates, LTD., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 15673467 | + | Ringgold School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 15649076 | + | Washington County Tax Claim Bureau, 100 West Beau Street, Washington, PA 15301-4483 |
| 15650480 | + | Washington County Tax Claim Office, 95 West Beau St. Ste 525, Washington, PA 15301-6837 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | Jul 24 2026 01:18:00 | Kenneth Steidl, Steidl & Steinberg, Koppers Building, 436 Seventh Ave. Ste. 322, Pittsburgh, PA 15219 |
| tr | + | EDI: QPJWILSON.COM | Jul 24 2026 05:16:00 | Pamela J. Wilson, 810 Vermont Avenue, Pittsburgh, PA 15234-1222 |
| smg | | EDI: PENNDEPTREV | Jul 24 2026 05:16:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jul 24 2026 01:18:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | | EDI: PENNDEPTREV | Jul 24 2026 05:16:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, P.O. Box 280946, ATTN:BANKRUPTCY DIVISION, Harriburg, PA 17128-0946 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jul 24 2026 01:18:00 | Hidden Valley Foundation, Inc., c/o Keri P. Ebeck, |

District/off: 0315-2                                        User: auto                                        Page 2 of 4
Date Rcvd: Jul 23, 2026                                Form ID: 309B                                Total Noticed: 45

| | | | | 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jul 24 2026 05:16:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15664476 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2026 01:21:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15654154 | | EDI: BANKAMER | Jul 24 2026 05:16:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15649070 | | EDI: JPMORGANCHASE | Jul 24 2026 05:16:00 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15649073 | | EDI: IRS.COM | Jul 24 2026 05:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15657021 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 24 2026 01:18:00 | KeyBank NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15654163 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2026 01:18:00 | Midland Credit Management Inc., PO box 2037, Warren, MI 48090-2037 |
| 15667850 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 24 2026 01:18:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15649075 | | Email/Text: amps@manleydeas.com | Jul 24 2026 01:18:00 | PNC Bank, c/o Manley Deas & Kochalski LLC, Po Box 165028, Columbus, OH 43216-5028 |
| 15666548 | | EDI: PRA.COM | Jul 24 2026 05:16:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15654172 | | EDI: PRA.COM | Jul 24 2026 05:16:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502-4962 |
| 15654170 | | Email/Text: csc.bankruptcy@amwater.com | Jul 24 2026 01:19:00 | Pennsylvania American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 15649074 | | Email/Text: csc.bankruptcy@amwater.com | Jul 24 2026 01:19:00 | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15649904 | | EDI: PENNDEPTREV | Jul 24 2026 05:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 16537806 | | EDI: AIS.COM | Jul 24 2026 05:16:00 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15667671 | | EDI: AIS.COM | Jul 24 2026 05:16:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15654179 | + | EDI: AIS.COM | Jul 24 2026 05:16:00 | Verizon by American Infosource LP as Age, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 15667120 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 24 2026 01:18:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15649080 | | Email/Text: bankruptcy@firstenergycorp.com | Jul 24 2026 01:18:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ringgold School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15654155 | * | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

District/off: 0315-2                                    User: auto                                    Page 3 of 4
Date Rcvd: Jul 23, 2026                           Form ID: 309B                              Total Noticed: 45

| 15649071 | * | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15654156 | * | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15654157 | * | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15654161 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15654162 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15654164 | *+ | Midland Credit Management Inc., PO box 2037, Warren, MI 48090-2037 |
| 15664478 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15654167 | * | PA Department of Revenue, Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |
| 15654168 | * | PA Department of Revenue, Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |
| 15654171 | * | PNC Bank, c/o Manley Deas & Kochalski LLC, Po Box 165028, Columbus, OH 43216-5028 |
| 15654173 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502-4962 |
| 15654169 | * | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15654176 | *+ | Ringgold School District, c/o Portinoff Law Associates, LTD., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15654177 | *+ | Ringgold School District, c/o Portinoff Law Associates, LTD., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15673465 | *+ | Ringgold School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15649077 | *+ | Washington County Tax Claim Bureau, 100 West Beau Street, Washington, PA 15301-4483 |
| 15649078 | *+ | Washington County Tax Claim Bureau, 100 West Beau Street, Washington, PA 15301-4483 |
| 15649079 | *+ | Washington County Tax Claim Bureau, 100 West Beau Street, Washington, PA 15301-4483 |
| 15654180 | *+ | Washington County Tax Claim Bureau, 100 West Beau Street, Washington, PA 15301-4483 |
| 15654181 | *+ | Washington County Tax Claim Bureau, 100 West Beau Street, Washington, PA 15301-4483 |
| 15654182 | *+ | Washington County Tax Claim Bureau, 100 West Beau Street, Washington, PA 15301-4483 |
| 15654183 | *+ | Washington County Tax Claim Bureau, 100 West Beau Street, Washington, PA 15301-4483 |
| 15654184 | *+ | Washington County Tax Claim Bureau, 100 West Beau Street, Washington, PA 15301-4483 |
| 15654185 | * | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 1 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Allison L. Carr
                                  on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance acarr@attorneygeneral.gov

Allison L. Carr
                                  on behalf of Defendant PA Department of Revenue acarr@attorneygeneral.gov

Christopher M. Frye
                                  on behalf of Plaintiff Faye L. Irey chris.frye@steidl-steinberg.com
                                  julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;Frye.ChrisB104904@notify.bestcase.com;ken.steidl@steidl-steinberg.com

Christopher M. Frye
                                  on behalf of Debtor Faye L. Irey chris.frye@steidl-steinberg.com
                                  julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;Frye.ChrisB104904@notify.bestcase.com;ken.steidl@steidl-steinberg.com

James R. Wood
                                  on behalf of Creditor Ringgold School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

District/off: 0315-2                                  User: auto                                        Page 4 of 4
Date Rcvd: Jul 23, 2026                              Form ID: 309B                                 Total Noticed: 45

Kenneth Steidl
                    on behalf of Debtor Faye L. Irey julie.steidl@steidl-steinberg.com
                    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
                    eidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Keri P. Ebeck
                    on behalf of Creditor Hidden Valley Foundation  Inc. kebeck@metzlewis.com, btemple@metzlewis.com

Matthew Fissel
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
                    pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 11