FILED
7/23/26 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | Case No. 23-22230-GLT |
|  | : |  |
| **FAYE L. IREY** | : | Related to Dkt. Nos. 152, 154 |
|  | : |  |
| *Debtor.* | : |  |
|  | : |  |

**ORDER CONVERTING CASE UNDER**
**CHAPTER 13 TO CASE UNDER CHAPTER 7**

The Debtor failed to make monthly plan payments of at least $7,256 as directed by the Court's *Order Granting Trustee's Request for Conversion, Subject to Conditions* (the "Order").[1] Therefore, the Court finds cause to convert the Debtor's chapter 13 case in accordance with 11 U.S.C. § 1307(c) to a case under chapter 7 of title 11 of the U.S. Code.

Based upon the foregoing and the reasons stated in the *Order*, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.      The Debtor's case is converted to chapter 7.

2.      On or before **August 6, 2026**, the Debtor shall file a schedule of all unpaid debts incurred after the commencement of the chapter 13 case and before conversion as required by FED. R. BANKR. P. 1019(e)(2)(A).

3.      On or before **August 6, 2026**, the Debtor shall file the statements and schedules required by FED. R. BANKR. P. 1019(a)(1) and 1007(b), if such documents have not already been filed.

4.      On or before **August 21, 2026**, the Debtor shall file a statement of intention with respect to the retention or surrender of estate property securing a debt, as required by 11 U.S.C. § 521(a)(2) and FED. R. BANKR. P. 1019(a)(2) and conforming to Official Form 8.

5.      The chapter 13 trustee shall immediately turn over to the chapter 7 trustee all records and property of the estate remaining in her custody and control, as required by FED. R. BANKR. P. 1019(d), except that any remaining funds that do not constitute property of the chapter 7 estate shall be returned to the Debtor.

6.      On or before **September 21, 2026**, the chapter 13 trustee shall file an accounting of all receipts and distributions made using *UST Form 13-FR-S: Chapter 13 Trustee's Final Report and Account*.  Once she has done so, the chapter 13 trustee is discharged from her duties in this case.  The Court retains jurisdiction over the final report and account.

---

[1]      See *Order Granting Trustee's Request for Conversion, Subject to Conditions*, Dkt. No. 152.

7.     If the case is converted after the confirmation of a plan, then on or before **October 6, 2026**, the Debtor shall file:

> a.  A schedule of all property not listed in the final report and account of the chapter 13 trustee which was acquired after the commencement of the chapter 13 case but before the entry of this conversion order, as required by FED. R. BANKR. P. 1019(e)(3)(A);

> b.  A schedule of unpaid debts not listed in the chapter 13 trustee's final report and account, as required by FED. R. BANKR. P. 1019(e)(3)(B). The schedule shall be filed by entering additional claimants into the CM/ECF system via "Creditor Maintenance." A list of said claimants shall be attached to the FED. R. BANKR. P. 1019 Report; and,

> c.  A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 13 case but before the entry of this conversion order, as required by FED. R. BANKR. P. 1019(e)(3)(C).

8.     If the Debtor fails to timely file the documents required by this *Order* and FED. R. BANKR. P. 1019, a status conference shall be held on October 29, 2026 at 10 AM before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day prior** to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf) to determine whether additional measures are necessary to compel compliance.

9.     The Clerk of Court shall send the notice required by FED. R. BANKR. P. 1019(f). If the report and schedules per paragraphs 2, 7(b), and 7(c) of this *Order* are filed in time for the Clerk to include postpetition creditors in the Section 341 notice mailing, the Clerk shall include them in that mailing. Otherwise, the Clerk shall send the notice required by FED. R. BANKR. P. 1019(f) **within ten days of the filing of the report and schedules**.

10.     On or before **October 6, 2026**, all chapter 13 fee petitions by any professional shall be filed. Any fee petition shall be captioned "Chapter 13 Fee Petition in Converted Case," and its hearing shall be self-scheduled on Judge Taddonio's chapter 13 motions calendar.

11.     On or before **July 28, 2026**, counsel for the Debtor shall serve a copy of this *Order* on all creditors in the case and file a Certificate of Service.

2

Dated: July 23, 2026

**GREGORY L. TADDONIO, CHIEF JUDGE**
**UNITED STATES BANKRUPTCY COURT**

<u>Case administrator to mail to:</u>
Debtor

3

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 23-22230-GLT

Faye L. Irey                                                                     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                              Page 1 of 2

Date Rcvd: Jul 23, 2026                       Form ID: pdf900                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID               Recipient Name and Address**
db                    +   Faye L. Irey, C/o Melanie Sandrock, POA, 1637 Princess Lane, Pittsburgh, PA 15236-3637

          Ronda Winnecour, 3250 U.S. Steel Tower, Pittsburgh, PA 15219

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

**Name**                      **Email Address**

Allison L. Carr
                             on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance acarr@attorneygeneral.gov

Allison L. Carr
                             on behalf of Defendant PA Department of Revenue acarr@attorneygeneral.gov

Christopher M. Frye
                             on behalf of Debtor Faye L. Irey chris.frye@steidl-steinberg.com
                             julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calend
                             ars@steidl-steinberg.com;Frye.ChrisB104904@notify.bestcase.com;ken.steidl@steidl-steinberg.com

Christopher M. Frye
                             on behalf of Plaintiff Faye L. Irey chris.frye@steidl-steinberg.com
                             julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calend
                             ars@steidl-steinberg.com;Frye.ChrisB104904@notify.bestcase.com;ken.steidl@steidl-steinberg.com

James R. Wood

District/off: 0315-2                              User: auto                              Page 2 of 2

Date Rcvd: Jul 23, 2026                          Form ID: pdf900                         Total Noticed: 2

on behalf of Creditor Ringgold School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Kenneth Steidl

on behalf of Debtor Faye L. Irey julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Keri P. Ebeck

on behalf of Creditor Hidden Valley Foundation  Inc. kebeck@metzlewis.com, btemple@metzlewis.com

Matthew Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson

pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 11