**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 23-22230 GLT |
| Faye L. Irey, | ) | Chapter 13 |
|     *Debtor* | ) | Docket No. |
| | ) | |
| Faye L. Irey, | ) | Related to Docket No. 158 & 168 |
|     *Movant* | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| *No Respondents* | ) | |

**AMENDED CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 24, 2026, a true and correct copy of the *Order Converting Case Under Chapter 13 to Case Under Chapter 7* dated July 23, 2026 was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**USPS:**
See attached mailing matrix.

**Sent via ECF Mail:**
Pamela J. Wilson, Trustee
Office of the United States Trustee

Date of Service: July 24, 2026

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965