## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    FAYE L. IREY

          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
  No Respondents.

Case No.:23-22230 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 10/20/2023  and confirmed on 12/06/2023 .  The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 121,428.20 |
| Less Refunds to Debtor | 4,781.71 | |
| TOTAL AMOUNT OF PLAN FUND | | 116,646.49 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,000.00 | |
|   Trustee Fee | 7,213.02 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,213.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 13,629.40 | 13,629.40 | 0.00 | 13,629.40 |
|     Acct: 6066 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6066 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3368 | | | | |
|   MON LAWN CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4466 | | | | |
|   PA DEPARTMENT OF REVENUE* | 11,253.15 | 11,253.15 | 830.39 | 12,083.54 |
|     Acct: 3368 | | | | |
|   RINGGOLD SD (CARROLL TWP) RE** | 23,511.75 | 23,511.75 | 4,050.71 | 27,562.46 |
|     Acct: 8200 | | | | |
|   RINGGOLD SD (CARROLL TWP) RE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8500 | | | | |
|   RINGGOLD SD (CARROLL TWP) RE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8302 | | | | |
|   RINGGOLD SD (MONONGAHELA) (RE) | 2,653.59 | 2,653.59 | 280.23 | 2,933.82 |
|     Acct: 0100 | | | | |

| 23-22230 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Secured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| WASHINGTON COUNTY TAX CLAIM BURE | 6,769.09 | 6,769.09 | 1,049.21 | 7,818.30 |
| Acct: 8200 | | | | |
| WASHINGTON COUNTY TAX CLAIM BURE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8500 | | | | |
| WASHINGTON COUNTY TAX CLAIM BURE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8302 | | | | |
| WASHINGTON COUNTY TAX CLAIM BURE | 2,334.61 | 2,236.97 | 359.74 | 2,596.71 |
| Acct: 0100 | | | | |
| WASHINGTON COUNTY TAX CLAIM BURE | 795.22 | 795.22 | 123.18 | 918.40 |
| Acct: 0200 | | | | |
| RINGGOLD SD (CARROLL TWP) RE** | 9,015.71 | 9,015.71 | 0.00 | 9,015.71 |
| Acct: 8200 | | | | |
| RINGGOLD SD (CARROLL TWP) RE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8302 | | | | |
| RINGGOLD SD (CARROLL TWP) RE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8500 | | | | |
| RINGGOLD SD (MONONGAHELA) (RE) | 2,945.37 | 2,945.37 | 0.00 | 2,945.37 |
| Acct: 0100 | | | | |
| HIDDEN VALLEY FOUNDATION | 5,818.67 | 1,242.59 | 367.41 | 1,610.00 |
| Acct: 2163 | | | | |
| | | | | 81,113.71 |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAYE L. IREY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAYE L. IREY | 4,781.71 | 4,781.71 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 12,682.20 | 12,682.20 | 0.00 | 12,682.20 |
| Acct: 3368 | | | | |
| PA DEPARTMENT OF REVENUE* | 3,624.01 | 3,624.01 | 0.00 | 3,624.01 |
| Acct: 3368 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 522.46 | 522.46 | 0.00 | 522.46 |
| Acct: $/OE | | | | |
| RONDA J WINNECOUR PA ID #30399** | 688.74 | 688.74 | 0.00 | 688.74 |
| Acct: $/OE | | | | |
| | | | | 17,517.41 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6162 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7497 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7446 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 444.79 | 19.62 | 0.00 | 19.62 |
| Acct: 4184 | | | | |
| PA DEPARTMENT OF REVENUE* | 9,409.03 | 415.06 | 0.00 | 415.06 |
| Acct: 3368 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN \ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |

| 23-22230 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Acct: 5290 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6619 | | | | |
| VERIZON BY AIS INFOSOURCE LP - AGEN | 437.39 | 19.29 | 0.00 | 19.29 |
| Acct: 0001 | | | | |
| WEST PENN POWER* | 20,269.61 | 894.15 | 0.00 | 894.15 |
| Acct: 8325 | | | | |
| KEYBANK NA** | 1,217.13 | 53.69 | 0.00 | 53.69 |
| Acct: 0561 | | | | |
| INTERNAL REVENUE SERVICE* | 165,551.48 | 7,302.96 | 0.00 | 7,302.96 |
| Acct: 3368 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 2,211.96 | 97.58 | 0.00 | 97.58 |
| Acct: 2005 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EQT PRODUCTION COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| IREY INDUSTRIES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES R WOOD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,802.35 |

TOTAL PAID TO CREDITORS                                                                     107,433.47

TOTAL CLAIMED
PRIORITY            17,517.41
SECURED            78,726.56
UNSECURED        199.541.39

Date: 07/28/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com