**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

In re:                                          Case No. 23-22230GLT

    FAYE L. IREY


    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/20/2023.

2) The plan was confirmed on 12/06/2023.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 07/23/2026.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $32,900.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $121,428.20 |
| Less amount refunded to debtor | $4,781.71 |

**NET RECEIPTS:** **$116,646.49**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $7,213.02 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$9,213.02**

Attorney fees paid and disclosed by debtor:   $2,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | NA | 2,211.96 | 2,211.96 | 97.58 | 0.00 |
| BANK OF AMERICA** | Unsecured | 835.15 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 9,240.61 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES** | Unsecured | 5,998.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES** | Unsecured | 5,274.00 | NA | NA | 0.00 | 0.00 |
| HIDDEN VALLEY FOUNDATION | Secured | 5,818.67 | NA | 5,818.67 | 1,242.59 | 367.41 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 165,551.48 | 165,551.48 | 7,302.96 | 0.00 |
| INTERNAL REVENUE SERVICE* | Secured | 29,056.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 174,678.59 | 12,682.20 | 12,682.20 | 12,682.20 | 0.00 |
| KEYBANK NA** | Unsecured | NA | 1,217.13 | 1,217.13 | 53.69 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 3,091.26 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 444.79 | 444.79 | 444.79 | 19.62 | 0.00 |
| MON LAWN CARE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMERI | Unsecured | 896.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 9,165.03 | 9,409.03 | 9,409.03 | 415.06 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Secured | 11,253.15 | 11,253.15 | 11,253.15 | 11,253.15 | 830.39 |
| PA DEPARTMENT OF REVENUE* | Priority | 2,642.74 | 3,624.01 | 3,624.01 | 3,624.01 | 0.00 |
| PNC BANK NA | Secured | 100,258.62 | 96,444.36 | 13,629.40 | 13,629.40 | 0.00 |
| PNC BANK NA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 4,537.22 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,889.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| RINGGOLD SD (CARROLL TWP) RE** | Secured | 0.00 | 9,015.71 | 9,015.71 | 9,015.71 | 0.00 |
| RINGGOLD SD (CARROLL TWP) RE** | Secured | 0.00 | 3,208.37 | 0.00 | 0.00 | 0.00 |
| RINGGOLD SD (CARROLL TWP) RE** | Secured | 0.00 | 3,670.68 | 0.00 | 0.00 | 0.00 |
| RINGGOLD SD (CARROLL TWP) RE** | Secured | 35,000.00 | 23,511.75 | 23,511.75 | 23,511.75 | 4,050.71 |
| RINGGOLD SD (CARROLL TWP) RE** | Secured | 8,500.00 | 5,299.93 | 0.00 | 0.00 | 0.00 |
| RINGGOLD SD (CARROLL TWP) RE** | Secured | 7,628.80 | 3,596.14 | 0.00 | 0.00 | 0.00 |
| RINGGOLD SD (MONONGAHELA) (RE | Secured | 3,580.00 | 2,653.59 | 2,653.59 | 2,653.59 | 280.23 |
| RINGGOLD SD (MONONGAHELA) (RE | Secured | 0.00 | 2,945.37 | 2,945.37 | 2,945.37 | 0.00 |
| RONDA J WINNECOUR PA ID #30399* | Priority | NA | NA | 522.46 | 522.46 | 0.00 |
| RONDA J WINNECOUR PA ID #30399* | Priority | NA | NA | 688.74 | 688.74 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VERIZON BY AIS INFOSOURCE LP - A | Unsecured | 437.99 | 437.39 | 437.39 | 19.29 | 0.00 |
| WASHINGTON COUNTY TAX CLAIM | Secured | 6,706.47 | 6,769.09 | 6,769.09 | 6,769.09 | 1,049.21 |
| WASHINGTON COUNTY TAX CLAIM | Secured | 1,786.60 | 1,819.73 | 0.00 | 0.00 | 0.00 |
| WASHINGTON COUNTY TAX CLAIM | Secured | 1,350.20 | 1,380.72 | 0.00 | 0.00 | 0.00 |
| WASHINGTON COUNTY TAX CLAIM | Secured | 2,334.61 | 2,334.61 | 2,334.61 | 2,236.97 | 359.74 |
| WASHINGTON COUNTY TAX CLAIM | Secured | 795.22 | 795.22 | 795.22 | 795.22 | 123.18 |
| WEST PENN POWER* | Unsecured | 2,793.00 | 20,269.61 | 20,269.61 | 894.15 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $13,629.40 | $13,629.40 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,818.67 | $1,242.59 | $367.41 |
| All Other Secured | $59,278.49 | $59,180.85 | $6,693.46 |
| **TOTAL SECURED:** | **$78,726.56** | **$74,052.84** | **$7,060.87** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $17,517.41 | $17,517.41 | $0.00 |
| **TOTAL PRIORITY:** | **$17,517.41** | **$17,517.41** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$199,541.39** | **$8,802.35** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,213.02 |
| Disbursements to Creditors | $107,433.47 |
| | |
| **TOTAL DISBURSEMENTS :** | **$116,646.49** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/28/2026                              By: /s/ Ronda J. Winnecour

                                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**