Certificate Number: 17082-PAW-DE-041314663

Bankruptcy Case Number: 23-22230

17082-PAW-DE-041314663

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2026, at 4:35 o'clock PM MST, FAYE L IREY completed a course on personal financial management given by telephone by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 11, 2026

By: /s/Eli Hernandez

Name: Eli Hernandez

Title: Customer Service Representative