IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>Faye L. Irey,<br>Debtor(s)<br><br><br><br><br>Faye L. Irey,<br>Movant(s)<br><br>vs.<br><br>No Respondent(s) | Case No. 23-22230-GLT<br>Chapter 7<br>Related Docket No. 158 |

**RULE 1019 REPORT**

AND NOW, come the Debtor, Faye L. Irey, by and through her attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represents as follows:

1. This case commenced on October 20, 2023 when the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court converted the Debtor's Chapter 13 case to Chapter 7 on July 23, 2026.

3. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtor has not entered into or assumed any executory contracts, and have not acquired any additional or new property, either real or personal.

4. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtor has not incurred any new debt.

WHEREFORE, the Debtor, Faye L. Irey, respectfully files this Rule 1019 Report.

Respectfully submitted,

October 20, 2026
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
436 Seventh Avenue
Suite 322
Pittsburgh, PA 15219
(412) 391-8000
kensteidl@steidl-steinberg.com
PA I.D. No. 34965